MALCOLM S. MCNEIL (SBN 109601)
ISMAEL BAUTISTA, JR. (SBN 252139)
STEFAN BOGDANOVICH (SBN 324525)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email:  malcolm.mcneil@arentfox.com
        ismael.bautista@arentfox.com
        stefan.bogdanovich@arentfox.com

Attorneys for Plaintiffs
PACIFIC SURROGACY USA, LLC; and
YULUN JIANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>HAOTIAN BAI, an individual; DOES 1-25,<br><br>Defendants. | Case No. _____<br><br>**DECLARATION OF HENRY WANG IN SUPPORT OF EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

I, Henry Wang, declare:

1. I am an attorney admitted to practice in the State of California and before this Court. I have my own solo practice, and also assist the firm CHH Law, P.C. on specific surrogacy cases. I practice surrogacy law in the State of California, and represent aspiring parents and surrogates. Some of my clients have been referred to me by Pacific Surrogacy USA, LLC. I have personal knowledge of the information contained in this Declaration, and if requested could and would testify thereto.

3. A paralegal at a Nevada law firm representing several surrogates reached out via email asking questions about Pacific Surrogacy. A true and correct copy of this email (with names and identifying information redacted) is attached to the *ex parte* application as Exhibit 7.

4. On June 20, 2019, I arrived at the premises of Pacific Surrogacy, LLC. By the time I arrived, Haotian Bai and Jeffrey Wang had left.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2019, at Alhambra, California.

_____
Henry Wang