MALCOLM S. MCNEIL (SBN 109601)
ISMAEL BAUTISTA, JR. (SBN 252139)
STEFAN BOGDANOVICH (SBN 324525)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: malcolm.mcneil@arentfox.com
ismael.bautista@arentfox.com
stefan.bogdanovich@arentfox.com

Attorneys for Plaintiffs
PACIFIC SURROGACY USA, LLC; and
YULUN JIANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>HAOTIAN BAI, an individual; DOES 1-25,<br><br>Defendants. | Case No. _____<br><br>**DECLARATION OF STEFAN BOGDANOVICH IN SUPPORT OF EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. _____

DECLARATION OF STEFAN
BOGDANOVICH ISO EX PARTE
APPLICATION

I, Stefan Bogdanovich, declare:

1. I am an attorney admitted to practice in the State of California and before this Court. I am an associate at the law firm of Arent Fox LLP, and represent Plaintiff Pacific Surrogacy USA, LLC ("PSUSA"), in this matter. I have personal knowledge of the information contained in this Declaration, and if requested could and would testify thereto.

2. On July 30, 2019, I sent copies of the Complaint, Ex Parte Application for Temporary Restraining Order, Expedited Discovery, and Order to Show Cause regarding Preliminary Injunction and supporting Memorandum of Points and Authorities, Proposed Order regarding Temporary Restraining Order and Expedited Discovery, Proposed Order regarding Order to Show Cause, and Declarations of Henry Wang, Yulun Jiang, and Wendy Qiu by email to Brett Sims, counsel of record for Defendant Haotian Bai in the related state court action.

3. Plaintiff PSUSA also attempted to personally serve, by registered process server, copies of these same papers on Defendant at his last known home address.

4. On July 19, 2019, PS, PSUSA, and Mr. Jiang sent a cease and desist letter to Mr. Bai's counsel, demanding Mr. Bai stop the false advertising campaign and issue retraction letters. On the morning of July 23, Mr. Bai's counsel informed us of his refusal to agree to PSUSA' demands.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2019, at Los Angeles, California.

_____
Stefan Bogdanovich

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. _____  2  DECLARATION OF STEFAN BOGDANOVICH ISO EX PARTE APPLICATION