1  MALCOLM S. MCNEIL (SBN 109601)
   ISMAEL BAUTISTA, JR. (SBN 252139)
2  STEFAN BOGDANOVICH (SBN 324525)
   **ARENT FOX LLP**
3  555 West Fifth Street, 48th Floor
   Los Angeles, CA 90013-1065
4  Telephone: 213.629.7400
   Facsimile: 213.629.7401
5  Email: malcolm.mcneil@arentfox.com
          ismael.bautista@arentfox.com
6         stefan.bogdanovich@arentfox.com

7  Attorneys for Plaintiffs
   PACIFIC SURROGACY USA, LLC; and
8  YULUN JIANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> HAOTIAN BAI, an individual; DOES 1-25, <br><br> Defendants. | Case No. _____ <br><br> **DECLARATION OF WENDY QIU IN SUPPORT OF EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. _____

DECLARATION OF WENDY QIU ISO EX PARTE APPLICATION

I, Wendy Qiu, declare:

1. I am an attorney admitted to practice in the State of California and before this Court. I am an associate at the law firm of Arent Fox LLP. I am fluent in both English and Mandarin, and can read and write both English and Mandarin fluently. I have reviewed Mandarin documents and prepared translations in connection with Plaintiffs' *ex parte* application. I have personal knowledge of the information contained in this Declaration, and if requested could and would testify thereto.

2. I reviewed both the English and Mandarin versions July 1, 2019 and July 3, 2019 letters sent by Haotian Bai. The language of both versions of each of the letters was mostly consistent except where stated.

3. I found two differences in the language of the July 1 letter, attached to this *ex parte* application as Exhibit 4. The third paragraph of the English version contains a sentence that is not in the Mandarin version. The sentence was "He was also the one who aided and abetted the plot that created PSUSA." The fourth paragraph of the English version contain the sentence "I have formally filed a lawsuit against my former associate." The same sentence in the Mandarin version states "I have formally filed a lawsuit against my former associate, it has been accepted by the highest court in Orange County."

4. I also found two differences in the language of the July 3 letter, attached to this *ex parte* application as Exhibit 5. A sentence in the first paragraph in Mandarin does not state "However, within the last month.. undergone changes… without my knowledge, involvement, and/or approval." The Mandarin version just states "However, within the last month… undergone changes… without my knowledge." In the first sentence of the second paragraph, the English version begins with the phrase "Within the last month," whereas the Mandarin version begins with the phrase "Around the middle of last month."

5. I have also read and reviewed the WeChat messages originally sent in Mandarin. I have prepared a true and accurate English translation of the documents to the best of my ability. Attached as Exhibit 6 is a true and accurate document containing both the original Mandarin WeChat messages and my translations.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 29, 2019, at Los Angeles, California.

*/s/ Wendy*

Wendy Qiu