MALCOLM S. MCNEIL (SBN 109601)
ISMAEL BAUTISTA, JR. (SBN 252139)
STEFAN BOGDANOVICH (SBN 324525)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
Email:  malcolm.mcneil@arentfox.com
         ismael.bautista@arentfox.com
         stefan.bogdanovich@arentfox.com

Attorneys for Plaintiffs
PACIFIC SURROGACY USA, LLC; and
YULUN JIANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an individual;<br><br>  Plaintiffs,<br><br>v.<br><br>HAOTIAN BAI, an individual; DOES 1-25,<br><br>  Defendants. | Case No. _____<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PACIFIC SURROGACY USA, LLC'S EX PARTE APPLICATION TO STOP AND CORRECT DEFENDANT HAOTIAN BAI'S FALSE ADVERTING CLAIM** |

**ORDER**

Upon due consideration of Plaintiffs' Ex Parte application and Defendant's arguments at the hearing, the Court hereby GRANTS Plaintiff Pacific Surrogacy USA, LLC's Ex Parte Application for a Temporary Restraining Order, Expedited Hearing, and Order to Show Cause Why a Preliminary Injunction Should Not Issue.

**IT IS HEREBY ORDERED** that:

1. Defendant Haotian Bai and his agents are prohibited from further disseminating the July 1 and July 3 letters to any person.

2. Defendant Haotian Bai and his agents are prohibited from otherwise

communication to any person any false or misleading statement about :

    a.    PSUSA

    b.    Yulun Jiang

    c.    Any of PSUSA's employees

    d.    The status of this case or the Orange County Superior Court case Yulun Jiang, et al. v. Haotian Bai, et al. (30-2019-01078573-CU-BT-CJC).

3. Defendant Haotian Bai is to produce all communications concerning or reference PSUSA or its owner from June 1, 2019 to July 29, 2019 to Plaintiff Pacific Surrogacy USA, LLC by August 15, 2019.

4. Defendant Haotian Bai is to send this Court's ordered retraction letter to every recipient of the July 1 and July 3 letters by August 7, 2019. The Court's ordered retraction letter is attached hereto as Exhibit 1.

5. Defendant is not permitted to alter the retraction letter in any form, with one exception. Defendant may, at his discretion, choose to include the phrase: "I sincerely apologize for involving you in our dispute. Both Mr. Jiang and I assure you this will not affect the gestational surrogacy services our excellent employees offer." This phrase may be placed before the closing of the letter.

    IT IS SO ORDERED.

Dated: _____, 2019

                                                                             U.S. DISTRICT COURT JUDGE

**EXHIBIT 1**

## **RETRACTION LETTER ORDERED BY THE UNITED STATES DISTRICT COURT**

Dear Clients, Parents, and Friends of Pacific Surrogacy, LLC,

My name is Haotian Bai. You may have received a letter from me on dated either July 1 or July 3. I must retract the statements in these letters and correct any misimpressions they may have caused.

I, along with Yulun "Allan" Jiang, were equal 50-50 members of Pacific Surrogacy, LLC. We dissolved the company and decided to part ways. We both now offer surrogacy services.

Mr. Jiang now currently leads Pacific Surrogacy USA.
I now currently lead Patriotic Conceptions.

I have no reason to believe that the health and safety of surrogate mothers is compromised at either business.

I must also inform you that both I and Mr. Jiang have competing claims against each other currently pending in state court. His side of the story and his claims against me were not included in my original letter.

Sincerely,

Haotian Bai