MALCOLM S. MCNEIL (SBN 109601)
ISMAEL BAUTISTA, JR. (SBN 252139)
STEFAN BOGDANOVICH (SBN 324525)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
Email:   malcolm.mcneil@arentfox.com
         ismael.bautista@arentfox.com
         stefan.bogdanovich@arentfox.com

Attorneys for Plaintiffs
PACIFIC SURROGACY USA, LLC; and
YULUN JIANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an individual;<br><br>        Plaintiffs,<br><br>    v.<br><br>HAOTIAN BAI, an individual; DOES 1-25,<br><br>        Defendants. | Case No. 8:19-cv-01456-DOC (JDEx)<br><br>**SUPPLEMENTAL DECLARATION OF YULUN JIANG** |

# DECLARATION OF YULUN JJIANG

I, Yulun Jiang, declare:

1. I helped organize Pacific Surrogacy, LLC ("PS") and Plaintiff Pacific Surrogacy USA, LLC ("PSUSA"). PS was organized on July 12, 2018, with Haotian Bai and me as equal 50/50 share members of a limited liability company. PSUSA was organized on May 26, 2019. I have personal knowledge of the information contained in this Declaration, and if requested could and would testify thereto.

2. During the time I was managing PS, both Haotian Bai and I had access to the company's bank account. Haotian withdrew $70,000 from the same account without authorization on June 19, 2019. A true and correct copy of this unauthorized disbursed is attached to this Declaration as Exhibit A.

3. During the time both Haotian Bai and I worked at PS, he took out 4 different payments at 4 different times without my authorization. True and correct copies of these unauthorized disbursements are attached to this Declaration as Exhibits B, C, D, and E.

4. I received an email from Haotian Bai on October 31, 2018. A true and correct copy of this email is attached to my Declaration as Exhibit E. A translation of this email, prepared by Wendy Qiu, is attached as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2019, at Irvine, California.

_____
Yulun Jiang

# EXHIBIT A

7/26/2019 Bank of America | Online Banking | Accounts | Account Details | Account Activity



## Business Fundamentals Chk - 7735: Account Activity Transaction Details

**Post date:** 06/19/2019

**Amount:** -70,000.00

**Type:** Withdrawal

**Description:** Customer Withdrawal Image

**Merchant name:** Customer Withdrawal Image

**Transaction category:** Cash, Checks & Misc: Other Expenses

[Image of Bank of America Out of State Counter Withdrawal slip — DEBIT; Date 6.19.2019; Name: Pacific Surrogacy LLC; Address: 930 Roosevelt 210; City/State/Zip: Irvine, CA 92620; Proof Code/Account Number: 84 325 L13277735; Total Amount: $70,000.00]

# EXHIBIT B

6/20/2019　　　　　　　　　　　　　　　Bank of America | Online Banking | Accounts | Account Details | Account Activity



## Business Fundamentals Chk - 7735: Account Activity Transaction Details

| | |
|---|---|
| **Post date:** | 06/07/2019 |
| **Amount:** | -8,866.43 |
| **Type:** | Other payment |
| **Description:** | AMERICAN EXPRESS DES:ACH PMT ID:W8492 INDN:Haotian Bai CO ID:1133133497 WEB |
| **Merchant name:** | AMERICAN EXPRESS |
| **Transaction category:** | Finance: Credit Card Payments |

# EXHIBIT C

6/20/2019 Bank of America | Online Banking | Accounts | Account Details | Account Activity



## Business Fundamentals Chk - 7735: Account Activity Transaction Details

| | |
|---:|:---|
| **Post date:** | 05/17/2019 |
| **Amount:** | -2,038.93 |
| **Type:** | Other payment |
| **Description:** | AMERICAN EXPRESS DES:ACH PMT ID:W8830 INDN:Haotian Bai CO ID:1133133497 WEB |
| **Merchant name:** | AMERICAN EXPRESS |
| **Transaction category:** | Finance: Credit Card Payments |

https://secure.bankofamerica.com/myaccounts/details/deposit/search.go?adx=8be06d1e4edd52b932151ab9432a4fadf77c6bbddb5f2660d24e64475109edbe 1/1

Exhibit C
Page 8

# EXHIBIT D

6/20/2019 | Bank of America | Online Banking | Accounts | Account Details | Account Activity



## Business Fundamentals Chk - 7735: Account Activity Transaction Details

| | |
|---|---|
| **Post date:** | 05/07/2019 |
| **Amount:** | -6,254.41 |
| **Type:** | Other payment |
| **Description:** | AMERICAN EXPRESS DES:ACH PMT ID:W2656 INDN:Haotian Bai CO ID:1133133497 WEB |
| **Merchant name:** | AMERICAN EXPRESS |
| **Transaction category:** | Finance: Credit Card Payments |

# EXHIBIT E

| | |
|---|---|
| From: | Haotian Bai <bai@pacificsurro.com> |
| Sent: | Wednesday, October 31, 2018 5:24 AM |
| To: | Yulun Jiang |
| Subject: | 需审阅，需标注，需回复。 |

原则：共赢，商讨，看问题两面化；进行合理质化和量化。

要求：用有颜色的字体进行补充和响应

1.) 固定员工

    a.) **REDACTED**

        职责：公司电话接听（英文）、邮件发送与回复、预约面试、员工上岗资料、背景调查、医疗资料索取、社交媒体制作与更新

        学历：UCI 本科，文学新闻学 （中偏上）

        薪资：$15

        工作重要性：90

        可取代性：中偏高

        可塑造性：中

        可提升空间：低

        评价：工作级别较低，有一定英文写作水平，人际交往能力较差，电话沟通中但可提高。有一点医疗资料索取经验，可取代但需时间成本。

    b.) **REDACTED**

        职责：编辑资料、协调准父母、协调代母

        学历：野鸡

        工作重要性：100

        可塑造性：低，接近无

        可取代性：高 （除诊所经验，相信何英文好，沟通能力强的人，去过一次诊所就可取代）

        可提升空间：低，接近无

        评价：工作重要性特别高，直接关系到准父母和代母的满意，以及对企业的反馈。不适合担任这种重要职务，需要人辅佐同时进行。浪费部分时间成本和机会成本。但是态度端正，肯吃苦。

    c.) **REDACTED**

        职责：网站制作和更新，各种宣传材料制作、图片修改与编辑；文件制作与编辑

        学历：一般，未完成。

        薪资：$18，但时长，等效15

        工作重要性：70，最大优点为灵活、学习能力强

        可取代性：低

        可塑造性：高

        可提升空间：高

        评价：学习能力最强、可靠性最高、可用性最高，对业务最熟悉，可做为办公室管理。

d.) REDACTED（她为什么存在？？？？）
  职责：视频撰稿、拍摄、及制作；
  学历：野鸡
  工作重要性：70
  可塑造性：未知
  可取代性：高。
  可提升空间：未知
  评价：视频制作达标，技术水平一般，专业性不高，可取代性高。态度恶劣，经常迟到；已婚，没有弹性空间，到点就离职。可弃。Allan：未经商量即雇佣，完全没有双方相互尊重，不满。

e.) REDACTED
  评价：目前需要能力很高的协调员，作为主力，REDACTED为辅。与我视频不到几分钟，初步感觉满意，英文一般，比REDACTED稍差。面试出题显示灵活度一般，解决方法不好。Allan：被告知还有下轮面试，提出让REDACTED第二天测试英文能力。第二天被直接通知直接被雇佣，我被完全忽视，极为不满。

2.) 招募
  a.) 直接广告 Google $400 Facebook $1000：效果，除了可能的品牌推广，零。
  b.) 招聘员（最有效，低成本）
    1.)面试：白可以留住70%，50%当场答应，直接选择训练时间。
    2.)训练：需要改进。目前活跃的是已经有能力的招募员，大部分为自觉和少许导引
      下一步：a.)原则上还是需要量，需要刷出有能力的人 b.)训练可以改变的是中间偏上，花最少的时间和机会成本来提高已经有一定能力的人 c.) 我初步培训，REDACTED第二步培训。REDACTED包括心理辅导
    3.) 效果：每天2-3个短表，今天更是达到了新高：10个。
  c.) 事实：目前我公司代母，除了初步黑妹，其他全部来自于互联网，(第一个代母表妹为例外) 尤其是社交媒体。代母招聘员也印过名片、发过传单（教堂、学校、穷人超市）没有任何效果。
    引申：遵循20/80原则，锁定互联网和社交媒体，不浪费时间、金钱、和精力在其他渠道。不仅仅是代孕，目前所有销售行业的第一来源都是互联网。公立学校是很糟糕也不切实际的想法。
  d.) 重心：训练，需要集中有限的资源来完善训练系统。比如，上星期如果不是REDACTED被占用，我会让他去学习美国前三大销售团队系统，并总结出每家的系统。
  e.) 你招募的事实：1.) 没有任何计划（最起码我没有看到） 2.) 低效，不知所措。盲目套用我的套路 3.) 完全没有效果。且不说代母，目前没有面试的要加入我们 4.) 之所以我的成功率高，因为我自己本身美国化的做事方式、英文水平、英文习惯、身体语言、和参军经历；面试的人对我有认同感，视我为自己人。最好的证明就是REDACTED，REDACTED 或者REDACTED不会听从公司里其他任何一个人。你或者小李在这点上完全无法取代。
  f.) 行动：立刻停止，集中资源做好训练和激励系统。

3.) 销售
  a.) 目前为止代母从来没有枯竭过。
  b.) 急需：可以随时问讯的护士/医生，来解决招募的问题。
  c.) 改变：不能只围绕REDACTED。代母资料也需要填进我们自己的资料表，如果使用其他渠道，我们自己的表也有品牌效应，也更全面。
  d.)准父母需要填我们的长表。目前为止除了REDACTED之外非常业余。

2

总结：1.）这个生意的重心就是招募。我花最少的成本，（三千到五千，对比一万到两万）用最有效的方式，反到被否定，资源被拆散。

2.）你的销售打通，实际是我们花钱买别人的准父母。我这里没有否定你的辛苦，技能。可是你拿我直接招代母，（我去ec或者其他中介直接买你怎么想），拿你用一至两万买准父母比，本身就没可比性。老牌代孕中介都是自己的准父母．我们初期当然这样接力/合作更直接，更有效。我没有否定你的做法，但是你反过来说我，我当然不爽。你说你有意放缓没事做，难道这不是事？

3.）一个月前我自己会怎么做，什么效果：集中办公室人员经理，调研，考察，并完善招聘系统，直接的效果就是代母的数量可能会是今天的两到三倍。

4.）我这些问题早就有。你年龄大，我不爱点破，我本身对什么都无所谓，我明知道会走弯路，也无所畏惧。到了后期我完全没有想做的心思，我自己推掉了很多面试和训练，完全看心情。你对我没有基本的尊重。我每一步，不管再小，都去找你商量；你完全按照自己的意思，忽略我的感受；你所谓的销售我从来没有插过手，我从来没管过REDACTED还是REDACTED还是REDACTED还是REDACTEDREDACTED、REDACTED医生。我连REDACTED的表妹过来你都要管，换位思考你怎么想？你有时间为什么不去完善我们直销准父母的系统？REDACTED本身是我可以发挥最大作用的人，被你炒了鱿鱼，现在又在做功效很小的工作；

5.）巴菲特说做生意的本质是冒计算过的风险，你完全凭感觉雇人，不尊重我的意见，做事没有任何计划，更谈不上计算。

6.）我们是不是可以一致认为我们需要各自发挥所长？我从来没有跟你提过上述任一点，但是我现在已经完全心灰意冷，没有任何和你做事的动力了；我相信你也慢慢注意到了这个过程。现在完全是恶性循环。我不否认你的长处，有点；术业有专攻。何况我每一步都去找你商讨，反之你很多东西直接忽略我。

7.）我的缺点很明显，我直爽，对员工要求严格，心里不爽直接就骂。我做事经常欠考虑，想做什么就做什么，想说什么就说什么。做事随心所欲，忽冷忽热，忽高忽低。其实我们公司很多杂项我后面就没管，信一封没看，会记那边欠了很多收据，和金融表格。

我希望你仔细思考上述每一点，当然每个人都有自己的偏见。如果我说错了，请在后面标注，或者附上自己的评论。我们现在代母逐渐多起来，现金流也会多起来，但是我的动力却完全丧失，完全没有想继续做事的动力。我很随性，爱做什么就做什么；我心情对做事影响很大，别人跟我发信息我可以一下不回，心里完全没压力；我老婆说我是射手座，没心没肺，确实，我周四可以回去直接把公司注销了，回来完全不会睡不着。这本事是很好的事情，相遇到做事都不容易，希望可以在商讨下做出相应的改变。

3

# EXHIBIT F

From: Haotian Bai <bai@pacificsurro.com>
Sent: Wednesday, October 31, 2018 5:24 AM
To: Yulun Jiang
Subject: Needs check and approval; needs commenting; needs reply

Principles: win-win, business discussion, look at both sides of the problem; rationalize and quantify.
Requirements: Supplement and respond with colored fonts.

1）Permanent Employee
    a) ▇
    Duties: Company telephone reception (English), deliver and reply to emails, set up appointments for interview, employee employment information, background check, medical information retrieval, social media posting and update.
    Education: UCI undergrad, Literary Journalism (upper medium)
    Salary: $15
    Importance of Work: 90
    Substitutability: medium to high
    Mouldability: medium
    Promotion/Advancement Room: low
    Evaluation: Work rank is low, have some English writing skills, poor interpersonal skills, can be improve on telephone communication. A little experience in medical data acquisition, can be substituted but will be time-consuming.
    b) ▇
    Duties: Edit materials, coordinate expecting parents, coordinate surrogate mothers
    Education: pheasant
    Importance of Work: 100
    Mouldability: low, to none
    Substitutability: high (besides clinic experience, believe someone with good English, communication skills, and have been to clinic once can replace)
    Promotion/Advancement Room: low, to none
    Evaluation: importance of work is especially high as it directly relates to the satisfaction of expecting parents and surrogates, and feedback to the business. Unsuited for this type of important post, requires support. Waste of time and opportunity cost. But has a good attitude and is willing to work hard.

    c) 
    Duties: website production and update. Various promotional material production, image modification and editing; document production and editing.
    Education: average, not complete
    Salary: $18, but usually equivalent to $15
    Importance of Work: 70, strongest advantage is flexibility, and learning ability
    Substitutability: low
    Mouldability: high
    Promotion/Advancement Room: high

AFDOCS/20722253.1

    Evaluation: learning ability is high, highest reliability, highest usability, familiarity with business, can do office management.

    d) ▮ (why does she exist????)
Duties: write, shoot and produce video document
Education: pheasant
Importance of Work: 70
Mouldability: unknown
Substitutability: high
Promotion/Advancement Room: unknown
    Evaluation: video production level is standard, technique level is average, not very professional, can be easily replace. Bad attitude and often late; married, no flexibility, leaves right on the dot. Disposable. Allan: hired without consultation, no mutual respect, dissatisfied.

    e) ▮
    Evaluation: currently need a highly talented coordinator as the main force, ▮ is support. Video chatted with me for a few minutes, initial feeling is satisfied, average English, a little worse than ▮'s. Interview questions reveal average flexibility and bad solutions. Allan: was told that there would be a next round of interviews, asked ▮ to test English skills the next day. Was notified directly that she is hired, I was completely ignored, extremely dissatisfied.

2) Recruitment
    a) Direct Advertising Google $400 Facebook $1000: Effect, besides possible brand promotion, zero.
    b) Recruiters (most effective, low cost)
        1) interview: Bai can keep 70%, 50% agree on the spot, directly chose training time.
        2) training: Needs improvement. Current active recruiters are competent, majority of them are self-sufficient and require little guidance.
        Next steps: a) In principle we need quantity, need to find competent people b) Training can be changed in the middle, spend the least amount of time and opportunity cost to improve people who are already competent and have some ability c) I will conduct initial training, ▮ will conduct second stage of training. ▮ includes counseling.
        3) The effect: 2-3 short forms per day, reach a new high of 10 today
    c) Fact: Currently the surrogates for our company, except for the initial ▮, all come from the internet (except the first surrogate), especially social media. Surrogate recruiters have printed business cards, and leaflets have been distributed (at church, school, poor people's supermarket) without any effect.
        Extend: follow the 20/80 principle. Lockdown internet and social media, don't waste time, money, or effort on other channels. Not only surrogacy, the primary source of all sales is the internet. Public schools are a bad and impractical idea.
    d) Focus: training, requires pooling limited resources to refine the training system. For example, if ▮ had not been occupied last week, I would have asked him to study the top three sales team systems in the United States, and summarize each system.
    e) Facts regarding your recruitment: 1) There is no plan (at least I don't see any) 2) Inefficient and overwhelmed. Blindly copying my routine. 3) Completely ineffective. Not to mention surrogate mothers, we have no interviews to join us at present. 4) My success rate is

high because of my Americanized way of doing things, English level, English habits, body language and military experience; the interviewee identifies with me, see me as one of their own. Best example is ▮▮▮▮, ▮▮▮ or ▮▮▮▮, they won't listen to anyone else in the company. You or ▮ on this point cannot replace.

    f) Action: Stop now and focus resources on training and motivation systems.

3) Sales
    a) So far, surrogate mothers have never been exhausted.
    b) Urgent: a nurse/doctor who can answer questions any time to resolve the recruitment problem.
    c) Change: we can't just focus on ▮▮▮▮▮▮▮. Surrogacy data needs to be added to our own form, if we use other channels, our own form is also brand-specific and more comprehensive.
    d) Expecting parents need to fill in our long form. So far, besides ▮▮▮▮▮▮ it's very amateurish.

Conclusion: 1) The focus of this business is to recruit, I spent the least cost (3000 to 5000, as opposed to 10,000 to 20,000) in the most effective way. Instead, I get denied and resources are broken up.
    2) Your sales are done by us paying for someone else's expecting parents. I'm not denying that you work hard, and have skills. But you cannot compare the fact that I directly hire surrogates (what would you think if I went to ec or some other agency to buy), and you using 10,000 to 20,000 to by expecting parents, there is no comparison. Old surrogate agencies are their own expectant parents. Our initial stage is more direct and effective. I'm not denying your behavior, but you are talking back to me. Of course I'm upset. You said you intentionally slowed things down, isn't this a thing?
    3) What I would've done a month ago, and what effect: centralize office staff managers, research, study and improve the recruitment system. The immediate effect is that the number of surrogacy may be two or three times as many as today.
    4) I have had these problems for a long time. You are old, I don't like to point out bluntly, I don't care about anything, I know I will take detours, I'm not afraid. By the end I have absolutely no intention of doing this, I put off a lot of interviews and training, completely depending on my mood. You have no basic respect for me. Every step I take, no matter how small, I go to you to discuss; you do exactly as you please, ignore my feelings; I've never been involved in your so-called sales, I've never managed ▮▮▮ or ▮▮ or ▮▮▮▮▮▮ or ▮▮▮ or Doctor ▮▮▮ I even let you manage ▮'s cousin when she came over. Think about it, what would you do in my position? Why don't you take the time to perfect our line of direct selling to expecting parents. ▮ was someone with the most useful role to me and he was fired by you, and now he is doing a very ineffective job;
    5) Buffett said that the nature of business is to take calculated risks, you totally hire people based on your feelings, don't respect my opinions, there's no planning, not to mention calculation.
    6) Can we agree that we need to develop our respective strengths? I've never mentioned this to you before, but I am down in the dumps, I have no motivation to do anything with you, I'm sure you've noticed the process slowly. Now it is a vicious cycle. I don't deny

your strengths. Besides, I go to you every step of the way, and you ignore me through a lot of things.

        7) My shortcoming is obvious. I am straightforward. I am strict with employees, if I'm upset I will scold directly. I often do thing thoughtlessly, I do what I want, say what I want. I do as I please. Our company has a lot of miscellaneous things that I just stopped caring about, I didn't read a single letter, and owe a lot of receipts and financial forms to accounting.

I want you to think about each of these points above carefully. Of course, everyone has his own prejudices. If I'm wrong, please mark it after my comments or attach your own comments. We have more surrogate mothers and more cash flow now, but my motivation is completely lost and I have no motivation to continue to do things. I'm very casual, I do whatever I like; my mood has a great impact on things; I can not respond to messages from others immediately without any pressure at all; my wife said I'm a Sagittarius, and that I am heartless, indeed, I can go on Thursday and dissolve the company directly, and I'll have no problems falling asleep afterwards. This is a very good thing but it's not great for business, so I hope to make corresponding changes when discussing business.