**WHGC, P.L.C.**
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
Michael G. York (SBN 89945)
*MichaelYork@WHGCLaw.com*
G. Brent Sims (SBN 179397)
*BrentSims@WHGCLaw.com*
Kathleen E. Alparce (SBN 230935)
*KathleenAlparce@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel. (949) 833-8483; Fax: (866) 881-5007

Attorneys for Defendant
HAOTIAN BAI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> HAOTIAN BAI, an individual; DOES 1-25, <br><br> Defendants. | CASE NO. SA CV 19-1456-DOC (JDEx) <br><br> [The Honorable David O. Carter] <br><br> **DECLARATION OF PERLA BAHENA** <br><br> **Date:** August 5, 2019 <br> **Time:** 8:30 a.m. <br> **Ctrm:** 9D |

I, Perla Bahena, declare as follows:

1. I am a former Human Resource administrator at Pacific Surrogacy, LLC. The matters stated herein are based on my own personal knowledge, except where stated on information and belief and, as to those, matters, I have a good-faith and belief that they are true. If called upon to do so, I could and would testify to the truth thereof.

---

1
**DECLARATION OF PERLA BAHENA**

2. I was approached by Yulun Jiang and Kevin Liu prior to the closing of Pacific Surrogacy, LLC, in that they were changing the ownership of the company, and that BAI would no longer be a part of management because they told me he stole money from the company and because there was a pending lawsuit against him. I did not nor do I believe any of these statements to be true.

3. I was informed that Jiang and Kevin were communicating to other employees, customers, referral sources and were sharing the same information with them.

4. On at least one occasion, they attempted to show me salacious photographs and videos of BAI, but I refused to look at them. I am informed and believe that these photographs were taken by a private investigator hired by Jiang and Liu to follow BAI.

5. Jiang and Liu told everyone at the office that they had these photographs of BAI, and they used these same photographs to convince other employees to sign employment agreements with Pacific Surrogacy USA and non-disclosure agreements. They presented me with the same documents and asked me to sign them as a condition of the money that was due and owing to me. I asked that I be given the opportunity to review them before doing so, and in that process, I was told to work from home, and was prevented from access to the computer system, but guaranteed that I would still be compensated for my attempted work hours.

6. On or about June 27, 2019, I was informed by Jiang, through a translator in the office, that they had a copy of my paycheck and paystub, but in order to get my final paycheck from Pacific Surrogacy, LLC, I had to sign these two agreements. These agreements were given to everyone at Pacific Surrogacy, LLC.

7. I was also promised to work at Pacific Surrogacy USA. I was promised that I would receive a pay increase, and that they would continue to pay for my insurance as I was a gestational carrier candidate. In fact, I had undergone health screenings and tests that Pacific Surrogacy USA had agreed to pay for as part of this process. I submitted these bills to Pacific Surrogacy USA, but these bills were never paid for, and I was sent

to collections because of this.

8. On July 23, 2019, I was informed by Pacific Surrogacy USA that they had canceled their agreement with me as a gestational carrier candidate.

9. I worked for Pacific Surrogacy USA for three days, during which time I helped prepare an employment handbook, but I was never given access to any of the computers or systems, despite the fact that it appeared that everyone else working there not only had computer access, but appeared to have been working there for some day.

10. Pacific Surrogacy USA continued to contact me to make sure that I was still going to go through with being a surrogate, because if I was not, they would terminate my insurance. I was informed that Pacific Surrogacy USA was continuing on with Pacific Surrogacy's business and that its agreements and practices would remain the same, except without BAI.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. This declaration is executed on August ____, 2019.

/s/
PERLA BAHENA

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certify that a true and correct copy of the **DECLARATION OF PERLA BRAVO**, filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated on non-registered participants on **August 3, 2019**.

    Executed on **August 3, 2019**, at Newport Beach, California.

                                    /s/ Elena D. Romero  
                                    ELENA D. ROMERO

**DECLARATION OF PERLA BAHENA**

# SERVICE LIST

| Malcolm S. McNeil<br>Ismael Bautista, Jr.<br>Stefan Bogdanovich<br>**ARENT FOX LLP**<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065<br>Telephone: (213) 629-7400<br>Facsimile: (213) 629-7401<br>Emails: malcolm.mcneil@arentfox.com;<br>ismael.bautista@arentfox.com;<br>stefan.bogdanovich@arentfox.com | |