**WHGC, P.L.C.**
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
Michael G. York (SBN 89945)
*MichaelYork@WHGCLaw.com*
G. Brent Sims (SBN 179397)
*BrentSims@WHGCLaw.com*
Kathleen E. Alparce (SBN 230935)
*KathleenAlparce@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel. (949) 833-8483; Fax: (866) 881-5007

Attorneys for Defendant
HAOTIAN BAI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> HAOTIAN BAI, an individual; DOES 1-25, <br><br> Defendants. | CASE NO. SA CV 19-1456-DOC (JDEx) <br><br> [The Honorable David O. Carter] <br><br> **DECLARATION OF G. BRENT SIMS** <br><br> Date: August 5, 2019 <br> Time: 8:30 a.m. <br> Ctrm: 9D |

I, Brent Sims, declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California. I am Of Counsel to the law firm WHGC, P.L.C., attorneys of record herein for Defendant HAOTIAN BAI. The matters stated herein are based upon my personal knowledge of the facts, or otherwise based on my review of the files maintained at

1

**DECLARATION OF G. BRENT SIMS**

1  WHGC, P.L.C. in the ordinary course of business, and if called upon to do so, I could and would competently testify thereto.

2. When we discovered that a suit had been filed against HAOTIAN BAI, well after we had filed suit in the Superior Court of Orange County, we contacted BAI's attorney to work out logistics, but he did not return our efforts to communicate with him. A true and correct copy of that email is attached hereto as **Exhibit A**.

3. On July 23, 2019, we had given ex parte notice of a temporary restraining order. A true and correct copy of that notice is attached hereto as **Exhibit B**.

4. That afternoon, we were informed by JIANG's attorney that the case had been removed and the state court did not have jurisdiction. A true and correct copy of that communication is attached hereto as **Exhibit C**.

5. The ex parte went forward in Superior Court on Friday, July 26, 2019. Pacific Surrogacy, Pacific Surrogacy USA, and JIANG were represented at the hearing by their attorney of record James Kim.

6. At the hearing, Judge Moss informed the parties that he was reluctant to grant the relief requested without the parties talking it over, but that he saw no reason why the relief would not be granted. He ordered the parties to meet and confer in person and continued the hearing to August 7, 2019 before Judge McCormick. Following the hearing, counsel for the parties conferred in the hallway.

7. Mr. Kim agreed to come to my office and conduct the meet and confer if his trial schedule permitted.

8. Instead of meeting and conferring, as ordered by the state court, or instead of filing a compulsory cross-complaint, as required by Code of Civil Procedure section 426.30, counsel filed a brand new complaint in this court for an emergency Restraining Order. Attorneys informed us that Bai had 24 hours to respond to its temporary restraining order, but this was untrue. A true and correct copy of that communication is attached hereto as **Exhibit E**.

///

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. This declaration is executed on August _____, 2019.

_____
G. Brent Sims

# CERTIFICATE OF SERVICE

The undersigned hereby certify that a true and correct copy of the **DECLARATION OF G. BRENT SIMS**, filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated on non-registered participants on **August 3, 2019**.

Executed on **August 3, 2019**, at Newport Beach, California.

                                        /s/ Elena D. Romero
                                        ELENA D. ROMERO

## SERVICE LIST

| | |
|---|---|
| Malcolm S. McNeil<br>Ismael Bautista, Jr.<br>Stefan Bogdanovich<br>**ARENT FOX LLP**<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065<br>Telephone: (213) 629-7400<br>Facsimile: (213) 629-7401<br>Emails: malcolm.mcneil@arentfox.com;<br>ismael.bautista@arentfox.com;<br>stefan.bogdanovich@arentfox.com | |