# Exhibit A

WHGC
RETHINK LAWYER P.L.C.

WHGC, A PROFESSIONAL LAW CORPORATION
1301 Dove Street, Suite 1050
Newport Beach, California 92660
Tel: 1-949-833-8483
Fax: 1-866-881-5007
www.WHGCLaw.com

July 10, 2019

**Via Email and U.S. Mail**

James Alexander Kim
SHIODA & KIM, APLC
5901 West Century Boulevard
Suite 750
Los Angeles, CA 90045
Email: jak@shiodakim.com

*Re: Yulun Jiang, et al. v. Haotian Bai, et al.*
*Orange County Superior Court (Central Justice Center); 30-2019-01078573*

Dear Mr. Kim:

Please be advised that our office has been retained by Haotian Bai regarding the above-captioned matter and we are authorized to accept service on his behalf.

We request that you serve our office with the Complaint filed on June 24, 2019 at your earliest convenience.

Very truly yours,

Jeffrey C.P. Wang
JeffreyWang@WHGCLaw.com
**WHGC, P.L.C.**

JCCP:edr