# Exhibit E

**From:** Bogdanovich, Stefan <Stefan.Bogdanovich@arentfox.com>
**Sent:** Tuesday, July 30, 2019 3:59 PM
**To:** Brent Sims
**Cc:** Jeffrey Wang; Kathleen Alparce; Elena D. Romero; Bautista, Jr., Ismael; McNeil, Malcolm; Qiu, Wendy
**Subject:** FW: Activity in Case 8:19-cv-01456-DOC-JDE Pacific Surrogacy USA, LLC et al v. Haotian Bai et al Notice of Assignment to United States Judges(CV-18) - optional html form

Dear Mr. Sims,

The case has been assigned to Judge David O. Carter. Per Judge Carter's instructions, I am notifying you that "any opposition must be filed not later than 24 hours after such electronic mail or hand service. If counsel does not intend to oppose the ex parte application, counsel must inform the CRD by email."

Best,

**Stefan Bogdanovich**
**Associate**

Arent Fox LLP | Attorneys at Law
Gas Company Tower
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
213 443 7637 DIRECT | 213 629 7401 FAX
stefan.bogdanovich@arentfox.com | www.arentfox.com

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Tuesday, July 30, 2019 2:44 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 8:19-cv-01456-DOC-JDE Pacific Surrogacy USA, LLC et al v. Haotian Bai et al Notice of Assignment to United States Judges(CV-18) - optional html form

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered on 7/30/2019 at 2:43 PM PDT and filed on 7/30/2019

**Case Name:** Pacific Surrogacy USA, LLC et al v. Haotian Bai et al
**Case Number:** 8:19-cv-01456-DOC-JDE
**Filer:**
**Document Number:** 7

**Docket Text:**
**NOTICE OF ASSIGNMENT to District Judge David O. Carter and Magistrate Judge John D. Early. (et)**

**8:19-cv-01456-DOC-JDE Notice has been electronically mailed to:**

Stefan Bogdanovich polly.fung@arentfox.com, omelia.chan@arentfox.com, stefan.bogdanovich@arentfox.com

Malcolm S McNeil malcolm.mcneil@arentfox.com

Ismael Bautista ismael.bautista@arentfox.com, gwendolyn.west@arentfox.com

**8:19-cv-01456-DOC-JDE Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

## CERTIFICATE OF SERVICE

The undersigned hereby certify that a true and correct copy of the **DECLARATION OF G. BRENT SIMS**, filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated on non-registered participants on **August 3, 2019**.

Executed on **August 3, 2019**, at Newport Beach, California.

/s/ Elena D. Romero
ELENA D. ROMERO

# SERVICE LIST

| | |
|---|---|
| Malcolm S. McNeil<br>Ismael Bautista, Jr.<br>Stefan Bogdanovich<br>**ARENT FOX LLP**<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065<br>Telephone: (213) 629-7400<br>Facsimile: (213) 629-7401<br>Emails: malcolm.mcneil@arentfox.com;<br>ismael.bautista@arentfox.com;<br>stefan.bogdanovich@arentfox.com | |