# Exhibit F

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

18-C43618

# FILED

In the office of the Secretary of State of the State of California

JUL 19, 2018

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

PACIFIC SURROGACY LLC

| **2. 12-Digit Secretary of State File Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 201819710525 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box: 930 Roosevelt, Suite #210 | Irvine | CA | 92620 |
| b. Mailing Address of LLC, **if different than item 4a**: 930 Roosevelt, Suite #210 | Irvine | CA | 92620 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box: 930 Roosevelt, Suite #210 | Irvine | CA | 92620 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Haotian | | Bai | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 930 Roosevelt, Suite #210 | Irvine | CA | 92620 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Yulun | | Jiang | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 930 Roosevelt, Suite #210 | Irvine | CA | 92620 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
surrogate agency services

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 07/19/2018 | Cheyenne Moseley | Asst. Sec., LegalZoom.com, Inc., OBO filing entity | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:



2017 California Secretary of State
www.sos.ca.gov/business/be

**Attachment to Statement of Information** (Limited Liability Company)

**LLC-12A Attachment**

18-C43618

**A. Limited Liability Company Name**

PACIFIC SURROGACY LLC

This Space For Office Use Only

**B. 12-Digit Secretary of State File Number**

201819710525

**C. State or Place of Organization** (only if formed outside of California)

CALIFORNIA

**D. List of Additional Manager(s) or Member(s)** - If the manager/member is an individual, enter the individual's name and address. If the manager/member is an entity, enter the entity's name and address. Note: The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Yulun | | Jiang | |
| Entity Name | | | |
| Address: 930 Roosevelt, Suite #210 | City (no abbreviations): Irvine | State: CA | Zip Code: 92620 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |
| Address | City (no abbreviations) | State | Zip Code |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |
| Address | City (no abbreviations) | State | Zip Code |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |
| Address | City (no abbreviations) | State | Zip Code |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |
| Address | City (no abbreviations) | State | Zip Code |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |
| Address | City (no abbreviations) | State | Zip Code |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |
| Address | City (no abbreviations) | State | Zip Code |



2016 California Secretary of State
www.sos.ca.gov/business/be

**California Secretary of State**
Electronic Filing

**FILED**
Secretary of State
State of California

# LLC Registration – Articles of Organization

Entity Name: Pacific Surrogacy USA LLC

Entity (File) Number: 201915110311
File Date: 05/26/2019
Entity Type: Domestic LLC
Jurisdiction: California

Detailed Filing Information

1. Entity Name: Pacific Surrogacy USA LLC

2. Business Addresses:
   a. Initial Street Address of Designated Office in California: 7013 Joy Street, Chino, California 91710, United States
   b. Initial Mailing Address: 7013 Joy Street, Chino, California 91710, United States

3. Agent for Service of Process: Longsheng Zeng, 7013 Joy Street, Chino California 91710, United States

4. Management Structure: One Manager

5. Purpose Statement: The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

Electronic Signature:

The organizer affirms the information contained herein is true and correct.

Organizer: Longsheng Zeng

**From:** Haotian Bai <bht516@gmail.com>
**Sent:** Thursday, June 27, 2019 12:43 AM
**To:** allanjiang158@gmail.com
**Cc:** Jeffrey Wang; Brent Sims; Michael York; Kathleen Alparce
**Subject:** Letter to Yulun Jiang

June 27, 2019

Mr. Yulun Jiang:

As you know, I am a 50% owner of Pacific Surrogacy, LLC. Therefore, I am ready, willing and able to pay 50% of the outstanding payroll for the employees at Pacific Surrogacy. Because you have blocked me from all company accounts, payroll software and ledgers, I am unable to make this payment without you first telling me the amount that is owed.

Once again, I request that you please provide me with access to the company documents, electronic files, contracts, records and bookkeeping. In the meantime, please provide me with the payroll figures, so that the employees that worked for Pacific Surrogacy can be taken care of.

Sincerely,

Haotian Bai