**Exhibit O**

| | |
|---|---|
| **From:** | Kevin Liu <kevin@chhllp.com> |
| **Sent:** | Saturday, June 29, 2019 9:10 PM |
| **To:** | Haotian Bai |
| **Cc:** | Jeffrey Wang; Michael York; Brent Sims; Kathleen Alparce; John Feng; Clement Leung; Frank Hwu, Esq. |
| **Subject:** | Re: Letter to Kevin Liu |

Haotian -

Thank you for your email.

To set the records clear, I am not affiliated with Pacific Surrogacy USA, LLC. I do not appreciate your efforts in characterizing me as a "looting" company clients, employees, and assets. The statements made are highly libelous to even suggest I am taking part in Pacific Surrogacy USA. I also ask that you cease making such characterizations to others, or I will have no choice but to issue my own cease-and-desist letter and proceed accordingly.

As to you and Mr. Jiang, it is documented that **Pacific Surrogacy, LLC.** is proceeding through a wind-up and dissolution. It was requested that I inform the employees on the reasons they were not being timely paid, and it was explained to them that the Company is undergoing the wind-up and dissolution.

I am not in possession of Pacific Surrogacy's records or accounts. I do not have any control to the accounts and records for Pacific Surrogacy and I never had. As to rumors and lies about you, I have not discussed anything that is untrue. You and Mr. Jiang did in fact entered into a corporate resolution to wind up and dissolve the Company. Documents were signed by both Mr. Jiang and yourself attesting to the wind-up and dissolution. You did in fact withdraw Company funds shortly thereafter, leaving insufficient funds for the wind-up. You did in fact engage in inappropriate behavior that contributed to the decision by Mr. Jiang to wind-up the business relationship with you. Those were the statements made. What was stated were all true with supporting documents and/or evidence.

I am sorry that you feel betrayed. As stated to you previously, this matter should be resolved between you and Mr. Jiang as former partners to sit down, conduct a proper accounting, and divide and/or liquidate the assets and pay off the debts of the Company accordingly.

Respectfully,

Kevin

On Thu, Jun 27, 2019 at 12:50 AM Haotian Bai <bht516@gmail.com> wrote:

June 26, 2019

Mr. Kevin Liu:

When you assisted me in setting up Pacific Surrogacy, LLC, you knew that I was a 50% stakeholder in the company. You also understood that I was your client. Now, you and Yulun Jiang have formed Pacific Surgery, USA, LLC, a company designed, not only to directly compete with Pacific Surrogacy, but a company

1

designed to steal all of Pacific Surrogacy's clients, employees and assets. Then, after forming and organizing this company, you assisted in the theft of these assets and customers. All of this was done without my authorization, consent or prior knowledge.

Additionally, you have participated in informing Pacific Surrogacy's employees that I terminated the company, and that I have stopped them from getting paid. You know that this is untrue in that I have been blocked from accessing Pacific Surrogacy's accounts and records. I know that you have also been engaged in spreading other rumors and lies about me.

As my attorney, and the attorney for Pacific Surrogacy, you had a duty to protect both me and Pacific Surrogacy from this sort of activity. Instead, you threw that duty away, and assisted in the destruction of the company, and in ruining my reputation. I demand that you immediately stop all such actions. I demand that you immediately provide me access to Pacific Surrogacy's records, accounts and information. Also, I demand that you cease looting company assets, and immediately stop aiding and abetting Pacific Surrogacy USA, LLC in its efforts to steal company assets and clients.

I also intend to investigate legal remedies against you for your betrayal, and your continued unethical behavior.

Sincerely,

Haotian Bai

--
Kevin Liu
Attorney at Law

CHH LAW, P C

CHH LAW P C
801 S Garfield Ave  Suite 338
Alhambra CA 91801

kevin@cnhllp.com
www.chhlawapc.com     T 626 539 5377 F 877 771 3407

The information contained in this communication is protected by the attorney-client and/or the attorney/work product privilege. It is intended only for the use of the addressee and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this communication or any other reader of the communication is not the named recipient, or the employee or agent responsible to deliver it to the recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail or by e-mail to nfo@chhllp.com, and destroy this communication and all copies thereof, including all attachments.