# Exhibit P

 T-Mobile Wi-Fi    10:21 AM    54%



Elena

Dude

What is going on. This is all so ridiculous. 😡. You probably won't respond, but this whole situation really sucks and I'm out of a job now.

And this stupid lawyer Allen has is making me jump through hoops to get my paycheck.

Please help any way you can. I am really begging you here.

What's happening?

They laid us all off. With the