**Exhibit Q**



