**Exhibit R**

 T-Mobile Wi-Fi    10:21 AM    54%



Elena

I still haven't been paid and by California law I was suppose to be paid the day I was let go

I guess the lawyer tried contacting you. He is dumb.

I just went all the way to his law office and they didn't have my check ready after they said they would. Allen won't pay me. No one wants to. Rent is due in 4 days and I'm out of work.

I don't care what you did bai. It's none of my business. But I really need help here.

What's his name?