# Exhibit S

| | |
|---|---|
| **From:** | Haotian Bai <bht516@gmail.com> |
| **Sent:** | Thursday, June 27, 2019 12:43 AM |
| **To:** | allanjiang158@gmail.com |
| **Cc:** | Jeffrey Wang; Brent Sims; Michael York; Kathleen Alparce |
| **Subject:** | Letter to Yulun Jiang |

June 27, 2019

Mr. Yulun Jiang:

  As you know, I am a 50% owner of Pacific Surrogacy, LLC. Therefore, I am ready, willing and able to pay 50% of the outstanding payroll for the employees at Pacific Surrogacy. Because you have blocked me from all company accounts, payroll software and ledgers, I am unable to make this payment without you first telling me the amount that is owed.

  Once again, I request that you please provide me with access to the company documents, electronic files, contracts, records and bookkeeping. In the meantime, please provide me with the payroll figures, so that the employees that worked for Pacific Surrogacy can be taken care of.

                      Sincerely,

                      Haotian Bai