**Exhibit T**

 T-Mobile LTE     3:18 PM     42%



Elena

Hey bai I got my paycheck, but I signed a non disclosure too

The final paycheck is what you supposed to get why they had you sign a non disclosure?

Exactly. Probably so I don't blast them on social media, take any clients, slander the company

They had Aracely sign the same thing

I honestly don't really know what it all means I just wanted my check. He gave me the check first though

I just want to be done with all of this 😩

 
     

 Sent from my iPhone