MALCOLM S. MCNEIL (SBN 109601)
ISMAEL BAUTISTA, JR. (SBN 252139)
STEFAN BOGDANOVICH (SBN 324525)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: malcolm.mcneil@arentfox.com
ismael.bautista@arentfox.com
stefan.bogdanovich@arentfox.com

Attorneys for Plaintiffs
PACIFIC SURROGACY USA, LLC; and
YULUN JIANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an individual;<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HAOTIAN BAI, an individual; DOES 1-25,<br><br>　　　　Defendants. | Case No. 8:19-cv-01456-DOC (JDEx)<br><br>**DECLARATION OF KEVIN LIU, ESQ. RE: PERLA BAHENA** |

I, Kevin Liu, declare:

1. I am an individual residing in the County of Los Angeles, State of California.

2. I had informed Perla Bahena on or around June 19, 2019 that **Pacific Surrogacy, LLC.** ("PS") was winding up and closing, with the objective to reassure Ms. Bahena that her last paycheck would still be issued.

3. I had explained to Ms. Bahena there was a breakdown in the partnership relationship between Plaintiff **Yulun Jiang** ("Mr. Jiang") and Defendant **Haotian Bai** ("Mr. Bai"), but that I was unaware of the details.

4. I had never given Ms. Bahena any further information, and I had never attempted to show *any* photographs or videos of Mr. Bai to Ms. Bahena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2019, at Alhambra, California.

_____
Kevin Liu