MALCOLM S. MCNEIL (SBN 109601)
ISMAEL BAUTISTA, JR. (SBN 252139)
STEFAN BOGDANOVICH (SBN 324525)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone: 213.629.7400
Facsimile:   213.629.7401
Email:   malcolm.mcneil@arentfox.com
         ismael.bautista@arentfox.com
         stefan.bogdanovich@arentfox.com

Attorneys for Plaintiffs
PACIFIC SURROGACY USA, LLC; and
YULUN JIANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an individual;<br><br>  Plaintiffs,<br><br>  v.<br><br>HAOTIAN BAI, an individual; DOES 1-25,<br><br>  Defendants. | Case No. 8:19-cv-01456-DOC (JDEx)<br><br>**DECLARATION OF YULUN JIANG RE: BUSINESS PARNTERS AND AFFILIATES FOR PACIFIC SURROGACY, LLC.** |

I, Yulun Jiang, declare:

1. I am an individual residing in the County of Orange, State of California.

2. I am the Plaintiff in the above-referenced court action <u>YULUN JIANG, et al. v. HAOTIAN BAI, et al.</u>, Case No.: <u>8:19-cv-01456-DOC</u>.

3. This declaration is made in further support of my ex parte application.

4. The revenue generated by Pacific Surrogacy USA, LLC. ("PSUSA") is derived from a customer base that are based on referrals. PS' referrals come from other business entities, specifically middle agencies and medical providers.

5. The largest referral business is derived **Mengmei Inc.** ("Mengmei"), wherein approximately 50% of our business referrals are derived.

6. Two other business entities that provide referrals to PSUSA is **Fertility & Surgical Associate of California** ("FSAC") and **Southern California Reproductive Center** ("SCRC"), which each generates approximately 12-15% of the business referrals for PSUSA.

7. All three (3) of these business entities – Mengmei; FSAC; and SCRC, received communications from Defendant **HAOTIAN BAI** ("BAI") on or around July 1 – 3, 2019 with disparaging statements.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2019, at Santa Ana, California.

_____
Yulun Jiang

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. 8:19-cv-01456-DOC (JDEx)   2   SUPPLEMENTARY DECLARATION OF YULUN JIANG