**EXHIBIT 4**



ELECTRONICALLY FILED
Superior Court of California,
County of Orange

**07/25/2019** at 11:42:02 AM
Clerk of the Superior Court
By Robert Renison,Deputy Clerk

1

**WHGC, P.L.C.**
Jeffrey C.P. Wang (SBN 144414)

2   *JeffreyWang@WHGCLaw.com*
Michael G. York (SBN 89945)

3   *MichaelYork@WHGCLaw.com*
G. Brent Sims (SBN 179397)

4   *BrentSims@WHGCLaw.com*
Kathleen E. Alparce (SBN 230935)

5   *KathleenAlparce@WHGCLaw.com*
1301 Dove Street, Suite 1050

6   Newport Beach, CA 92660
Tel. (949) 833-8483; Fax: (866) 881-5007

7

8   Attorneys for Defendant/Cross-Complainant
HAOTIAN BAI

9

10      **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

11          **IN AND FOR THE COUNTY OF ORANGE**

12

13   YULUN JIANG, an individual, and YUAN
JIANG, an individual derivatively on behalf of

14   Defendant PACIFIC SURROGACY, LLC, a
California limited liability company,

15

16                       Plaintiff,

17   vs.

18   HAOTIAN BAI, an individual; PACIFIC
SURROGACY, LLC, a California limited

19   liability company; and DOES 1 through 10,
inclusive,

20

21                       Defendants.

22

23   HAOTIAN BAI, an individual,

24                  Cross-Complainant,

25   vs.

26   PACIFIC SURROGACY, LLC, a California
Limited Liability Company; PACIFIC

27   SURROGACY USA, LLC, a California

28

CASE NO. 30-2019-01078573-CU-BT-CJC
[Assigned For All Purposes To: Honorable Melissa
R. McCormick, Dept. C13]

**DECLARATION OF HAOTIAN BAI IN
SUPPORT OF *EX PARTE* APPLICATION FOR
A TEMPORARY RESTRAINING ORDER
AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION**

[Filed Concurrently With *Ex Parte* Application;
Declaration Of G. Brent Sims; Declaration Of May
Xu; And [Proposed] Order]

**Date:**    July 26, 2019
**Time:**    8:30 a.m.
**Dept.:**   C14

**ACTION FILED:    June 24, 2019**
**TRIAL DATE:      None**

1

**DECLARATION OF HAOTIAN BAI**

Limited Liability Company; YULUN JIANG, an individual; and ROES 1-25,

Cross-Defendants.

I, Haotian Bai, declare as follows:

1.     I am the Cross-Complainant in this matter.  The matters stated herein are based on my own personal knowledge, except where stated on information and belief and, as to those, matters, I have a good-faith and belief that they are true. If called upon to do so, I could and would testify to the truth thereof.

2.     I am a retired member of the United States armed forces. I served in Afghanistan through 2017. I have been diagnosed with PTSD, and I have been released from service to civilian life.

3.     Upon my release from active service, I decided to enter an occupation where I would be able to continue to assist and protect others. That is when I decided to enter the surrogacy business to assist those who sought children to find a way to bring that blessing into their lives.

4.     In going into the surrogacy business, I needed a partner, and decided to go into business with Yulun Jiang ("JIANG"). He and I put $10,000 each into PACIFIC SURROGACY, LLC, ("PACIFIC") and agreed to share the company equally.

5.     We had planned that PACIFIC would provide services for those who desired surrogacy services and for potential surrogates. JIANG speaks no English, is not a citizen, and is in the country on a pending asylum claim. He informed me that he was very interested in the money that could be made from a surrogacy operation in the United States.

6.     We organized PACIFIC on July 12, 2018. Attached hereto as **Exhibit A** is a true and correct copy of the first statement of information filed with the Secretary of State. This copy was printed from the California Secretary of State website.

7.     PACIFIC operated utilizing cloud based business software. It maintained passwords and accounts. PACIFIC maintained proprietary information on, among other places, Zoho. The accounts and on-line presence of PACIFIC included the following:

a.  Company email accounts;

b.  Zoho documents, including excel worksheets;

c.  Project management system, maintained on Zoho Projects, this includes, but is not limited to surrogate applications, medical records, background checks, psychological evaluation reports, legal contracts for surrogacy, receipts and accounting;

d.  Client Relationship Management maintained on Zoho;

e.  China Construction Bank Account, with the account ending in 8073796;

f.  Social media accounts, including Facebook, YouTube, Instagram, WeChat, Twitter, and Magisto account, among others;

g.  Zoho Campaign;

h.  Zoho Showtime containing webinar training information;

i.  The PACIFIC website and domain;

j.  PACIFIC's Gmail account;

k.  PACIFIC's one drive and Microsoft Suite containing trade secret and business information;

l.  Gusto, an integrated human resource system which includes payroll and personnel information;

m.  Canva, a design tool utilized by PACIFIC in the creation of marketing material; and

n.  Banking account information.

8.    PACIFIC maintained these materials utilizing password and security codes, and took adequate steps to protect this material to ensure that it was kept private and secret and this information provided value to PACIFIC in whole or in part because they were confidential and secret and allowed PACIFIC to operate with an advantage over those who lacked access to these materials.

9.    PACIFIC charged customers a fee for surrogacy services. This initial fee would be taken directly by JIANG and wired into a bank account located in China on behalf of PACIFIC. Attached hereto as **Exhibit B** is a true and correct copy of wiring instructions given to clientele. JIANG has the sole access to that account. I am informed and believe that this Bank Account is his father's bank account. Despite the fact that JIANG claims asylum from China, he has multiple contacts with China and believed that

1    this account would be the best place to store the bulk of PACIFIC's funds.

2         10.    PACIFIC also maintained an account at Bank of America. This account did not have the

3    majority of PACIFIC's money, as the bulk of the money had been taken by JIANG and wired into his

4    father's bank account in China. In fact, I noticed that the Bank of America Account would have

5    withdrawals of $10,000 or $20,000 per month that were taken out and sent to JIANG's China account

6    without informing me before they were sent.

7         11.    JIANG and I had discussed this situation. I informed JIANG that we would need to

8    repatriate that money for use by PACIFIC. JIANG informed me that if we did that, the company would

9    then need to pay taxes on the money. I told JIANG that the company should pay taxes on that money.

10   We never reached a satisfactory resolution on this issue, and I am informed and believe that the bulk of

11   the company's funds still are abroad.

12        12.    JIANG has informed me on more than one occasion that his goal was to make as much

13   money from the company as possible. He even told me that if there were any problems with the business,

14   he will simply flee the country as he is not a citizen. These discussions began to cause a rift in our business

15   arrangement.

16        13.    I did not know at the time, but I have since learned that on or around May 26, 2019, JIANG

17   filed paperwork for an entity called PACIFIC SURROGACY USA, LLC. A true and correct copy of

18   documents obtained from the California Secretary of State website is attached hereto as **Exhibit C**.

19        14.    The statement of information for PACIFIC SURROGACY USA, LLC was filed on or

20   about June 9, 2019. A true and correct copy of documents obtained from the California Secretary of State

21   website is attached hereto as **Exhibit D**. I had no knowledge that these documents were filed, or this

22   entity was created until much later.

23        15.    Kevin Liu served as both an attorney for PACIFIC, and as my personal attorney. He

24   handled several matters for me, including unlawful detainers. He also drafted and filed paperwork on

25   behalf of PACIFIC.

26        16.    In addition to the accounts made by PACIFIC for services to be provided to their

27   customers, PACIFIC customers created a trust account to hold funds for their continued care throughout

28   the scope of their surrogacy. In or around the beginning of June 2019, this trust account contained over

**DECLARATION OF HAOTIAN BAI**

1    $1,000,000, and is overseen by attorney Henry Wang.

2        17.    On or about June 16, 2019, I was returning to Los Angeles from Hawaii. My travel plans

3    were available to interested parties.

4        18.    When I arrived in Los Angeles, I received a text from JIANG. JIANG informed me that

5    it was useless to struggle. He stated that he had seen the things that I had done wrong, and that he was

6    prepared to tell people about those things. Attached hereto as **Exhibit E** is a true and correct copy of that

7    text.

8        19.    At that time, I became very fearful that JIANG was attempting to blackmail me. I have

9    since been informed that JIANG hired a private investigator to follow me and take photographs and

10   videos of me. In fact, Kevin Liu, my attorney, had earlier requested a copy of the lease for PACIFIC, and

11   my driver's license from me. He informed me that the driver's license was so that he could file a writ on

12   my behalf. It did not occur to me at the time that Liu was requesting this information to assist in

13   sabotaging PACIFIC, and in hiring a private investigator to follow me. A true and correct copy of that

14   text is attached hereto as **Exhibit G.**

15       20.    At or about 5:00 p.m. that same night, I pulled up my WeChat account and checked the

16   PACIFIC link on WeChat. I was surprised to see that the account claimed that PACIFIC was closing. I

17   had not given consent or approval for this action. In fact, that day, JIANG had sent a message out to all

18   PACIFIC employees informing them that the business was closing. A true and correct copy of that

19   message is attached hereto as **Exhibit F.**

20       21.    I then telephoned JIANG. JIANG informed me that he knew of certain personal actions

21   which occurred between me and another professional at PACIFIC. He said that if I did not sign documents

22   to dissolve PACIFIC, he would make certain photographs and videos available to family, friends, and

23   people associated with PACIFIC. I was fearful that this would occur, and so agreed to meet with him.

24       22.    I then discovered that all of PACIFIC's accounts had either been deleted or moved, or that

25   the passwords had been changed. I was unable to access any of PACIFIC's accounts, or information.

26       23.    I met with JIANG on Monday, June 18, 2019. JIANG already had paperwork filled out

27   for me to sign. He again told me that if I did not cooperate, he would expose my secrets to my family and

28   friends.

**DECLARATION OF HAOTIAN BAI**

24.    I since have become aware that on June 19, 2019, forms were sent out requesting other medical institutions to release medical information to Pacific Surrogacy USA, LLC, JIANG's new business. Attached hereto as **Exhibit H** is a true and correct copy of one such request, redacted to hide personal information.

25.    I was also informed that JIANG called a meeting of all employees of Pacific Surrogacy, LLC. Attached hereto as **Exhibit I** is a true and correct copy of a letter printed out for me by a PACIFIC employee. I am informed and believe that this letter was provided to all PACIFIC employees, and that a meeting took place wherein employees were informed that I had decided to break up the company.

26.    I am informed and believe that at the June 20, 2019 meeting, my attorney Kevin Liu was present along with JIANG. I am informed and believe that Liu told the employees that I had decided to break up the company, that I had stolen money from the company to stop them from getting paid, and that I had inappropriate relations with a professional at PACIFIC, and that he would provide photographs and videos if anyone wanted to see them.

27.    A true and correct copy of an email from Kevin Liu corroborating this is attached hereto as **Exhibit J.**

28.    In addition, a text from a former employee talking about the meeting is attached hereto as **Exhibit K**.

29.    On June 21, 2019, I attempted to gain access to PACIFIC's office. There was a sign there instructing that I was not to be allowed in the office. A true and correct copy of this sign is attached hereto as **Exhibit L**.

30.    I went in any way, but I found the file cabinets empty. Attached hereto as **Exhibit M** are true and correct copies of photographs I took of the file cabinets.

31.    I discovered that most of the computers belonging to PACIFIC had already been removed from the office. I took possession of some of the remaining computers to determine if I could gain access to the company accounts or information that had been deleted, but I could not.

32.    I later discovered that JIANG and Liu had laid off all of the employees without paying them. A true and correct copy of a text I received from an employee is attached hereto as **Exhibit N.**

33.    I extended an offer to assist in the payment of the employees because I wanted to be sure

**DECLARATION OF HAOTIAN BAI**

1   they were taken care of. A true and correct copy of that letter is attached hereto as **Exhibit O**.

2       34.    Finally, one of the employees informed me that they had been given their final checks,

3   but they were required to sign a Non-Disclosure Agreement prior to receiving them. A true and correct

4   copy of that text is attached hereto as **Exhibit P.**

5       35.    Next, I learned from a surrogate that JIANG and PACIFIC SURROGACY USA, LLC

6   had sent letters to every surrogate at PACIFIC, informing them that there had been an ownership change

7   in PACIFIC, rather than that there had been a dissolution and winding up.

8       36.    I have come into contact with on-line zip-recruiter ads for Pacific Surrogacy USA, LLC,

9   and I see that it is still using the PACIFIC logo. A true and correct copy of this ad is attached hereto as

10   **Exhibit Q.**

11

12       I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing

13   is true and correct.  This declaration is executed on July 25 , 2019.

14

15   HAOTIAN BAI

---

7

**DECLARATION OF HAOTIAN BAI**

# Exhibit A



**Secretary of State**
**Statement of Information**
(Limited Liability Company)

| LLC-12 |

18-C43618

# FILED

In the office of the Secretary of State
of the State of California

JUL 19, 2018

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

This Space For Office Use Only

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

PACIFIC SURROGACY LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201819710525 | CALIFORNIA |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 930 Roosevelt, Suite #210 | Irvine | CA | 92620 |
| b. Mailing Address of LLC, if different than Item 4a | City (no abbreviations) | State | Zip Code |
| 930 Roosevelt, Suite #210 | Irvine | CA | 92620 |
| c. Street Address of California Office if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 930 Roosevelt, Suite #210 | Irvine | CA | 92620 |

**5. Manager(s) or Member(s)** If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Haotian | | Bai | |
| b. Entity Name - Do not complete Item 5a | | | |
| | | | |
| c. Address | City (no abbreviations) | State | Zip Code |
| 930 Roosevelt, Suite #210 | Irvine | CA | 92620 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Yulun | | Jiang | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 930 Roosevelt, Suite #210 | Irvine | CA | 92620 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) - Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| surrogate agency services |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| b. Address | City (no abbreviations) | State | Zip Code |
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 07/19/2018 | Cheyenne Moseley | Asst. Sec., LegalZoom.com, Inc., OBO filing entity | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

LLC-12 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

**Attachment to Statement of Information** (Limited Liability Company)

**LLC-12A Attachment**

18-C43618

**A.  Limited Liability Company Name**

PACIFIC SURROGACY LLC

This Space For Office Use Only

| B.  12-Digit Secretary of State File Number | C.  State or Place of Organization (only if formed outside of California) |
|---|---|
| 201819710525 | CALIFORNIA |

**D.  List of Additional Manager(s) or Member(s) -** If the manager/member is an individual, enter the individual's name and address.  If the manager/member is an entity, enter the entity's name and address.  Note:  The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Yulun | | Jiang | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 930 Roosevelt, Suite #210 | Irvine | CA | 92620 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|

 **California Secretary of State**
Electronic Filing



## LLC Registration – Articles of Organization

|  |  |
|---|---|
| Entity Name: | Pacific Surrogacy USA LLC |

|  |  |
|---|---|
| Entity (File) Number: | 201915110311 |
| File Date: | 05/26/2019 |
| Entity Type: | Domestic LLC |
| Jurisdiction: | California |

Detailed Filing Information

1. Entity Name:

Pacific Surrogacy USA LLC

2. Business Addresses:

   a. Initial Street Address of Designated Office in California:

7013 Joy Street
Chino, California 91710
United States

   b. Initial Mailing Address:

7013 Joy Street
Chino, California 91710
United States

3. Agent for Service of Process:

Longsheng Zeng
7013 Joy Street
Chino California 91710
United States

4. Management Structure:

One Manager

5. Purpose Statement:

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

Electronic Signature:

The organizer affirms the information contained herein is true and correct.

Organizer:

Longsheng Zeng

*Use ⋯⋯⋯⋯⋯ for online filings. searches. business records. and resources.*

# Exhibit B



1

Pacific Surrogacy, LLC
930 Roosevelt Suite 210
Irvine, CA 92620
(626)620-6666

www.pacificsurro.com

## CHINA ACCOUNT BANK WIRE INSTRUCTIONS
### 中国汇款指引

Please follow the banking instructions below to prepare and send a bank wire/transfer of funds from your bank to ours.

当从您的银行准备汇款给我们时，请按照以下汇款指引操作。存

款名称：中国建设银行（上海）股份有限公司

开户行：上海遵义路支行

户名：江小义

卡号：6217 0011 8000 8073 796

注：只接收人民币

（请按www.usd-cny.com美金实时汇率，进入后点击美金，进入汇率画面）

Thank you for selecting Pacific Surrogacy to assist you through your journey and we look forward to helping you build or enhance your family very soon.

多谢选择太平洋辅助生育协助您的代孕之旅。我们期待尽快完成您的圆满家庭。

2018/10

# Exhibit C

 **California Secretary of State**
Electronic Filing



# LLC Registration – Articles of Organization

| | |
|---|---|
| Entity Name: | Pacific Surrogacy USA LLC |

| | |
|---|---|
| Entity (File) Number: | 201915110311 |
| File Date: | 05/26/2019 |
| Entity Type: | Domestic LLC |
| Jurisdiction: | California |

Detailed Filing Information

1. Entity Name:

   Pacific Surrogacy USA LLC

2. Business Addresses:

   a. Initial Street Address of Designated Office in California:

   7013 Joy Street
   Chino, California 91710
   United States

   b. Initial Mailing Address:

   7013 Joy Street
   Chino, California 91710
   United States

3. Agent for Service of Process:

   Longsheng Zeng
   7013 Joy Street
   Chino California 91710
   United States

4. Management Structure:

   One Manager

5. Purpose Statement:

   The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

Electronic Signature:

The organizer affirms the information contained herein is true and correct.

Organizer:

Longsheng Zeng

# Exhibit D



**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

19-C21245

# FILED

In the office of the Secretary of State
of the State of California

JUN 07, 2019

**IMPORTANT** — Read instructions **before** completing this form.

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee – $5.00 plus copy fees

This Space For Office Use Only

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If registered in California using an alternate name, see instructions.)

PACIFIC SURROGACY USA LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201915110311 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>7013 Joy St. | Chino | CA | 91710 |
| b. Mailing Address of LLC, if different than item 4a<br>7013 Joy St. | Chino | CA | 91710 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box<br>7013 Joy St. | Chino | CA | 91710 |

**5. Manager(s) or Member(s)**

If no managers have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name - if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Longsheng | | Zeng | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 7013 Joy St. | Chino | CA | 91710 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Longsheng | | Zeng | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 7013 Joy St. | Chino | CA | 91710 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Surrogacy Services |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The information contained herein, including any attachments, is true and correct.**

| 06/07/2019 | Longsheng Zeng | Pacific Surrogacy USA. LLC. | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document, enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

# Exhibit E

ıl T-Mobile  LTE          11:32 AM            92%

‹                          Allan                          •••

好的 

JUN 11 2019 12:46 PM

Aracely在做 

需要Ian和她说吗? 

 刚到了记录

 正准备告诉你

星期日 4:28 PM

 双赢是我要的结果，好聚好散，不要在做无谓的挣扎，应该是你的，一样不少，放心！🤝另外你做的错事，我可以保密，我看到了一些东西，具体见面说！

  

# Exhibit F

Group Chat (16)

 @所有人

 After careful consideration and thought, I regret to inform everybody that Pacific Surrogacy, LLC. will cease operations immediately and closing it's doors. This has been a difficult decision, and I would like to thank each one of you for all your hard work and dedication to the Company. We have formed a work family based on respect and loyalty. I have greatly enjoyed working with each of you. Unfortunately, due to certain unforeseen circumstances, I have drawn to the conclusion that the

# Exhibit G



T-Mobile Wi-Fi 📶          2:13 PM                    62% ▱



Kevin ›

Sat, May 25, 11:42 PM

Hey Haotian. When you get a chance, can I get your Drivers license?

I need an ID to confirm with Sheriff's on the UD on Stacie

Also, if you have a copy of YOUR lease with Irvine Company

Tue, May 28, 2:40 PM

Can I call you later?

Also driver license for the writ!

# Exhibit H



980 Roosevelt Ste. 115 Irvine, CA 92620
Tel: (626) 620-6666
E-mail: medicalrecords@psusa.com

# HIPAA

## Authorization to Release and Disclose Patient Information

This notice describes how medical information about you may be used and disclosed. Please review it carefully.

Patient Print Name: _____

Date of Birth: _____

SSN: _____

**Use and Re-disclosure of information:** I am a Gestational Surrogate of Pacific Surrogacy LLC (P.S. USA). P.S. USA is responsible for coordinating my surrogacy cycle. I am being medically and psychologically evaluated. The records referenced below are pertinent to the outcome. P.S. USA and its employee are authorized to copy, or receive copies of, any records or documents. It is anticipated and permissible that they release and share my information with qualified medical & health-care professionals, insurance broker & underwriter and others they deem necessary during the course of my match approval, medical screening process and my whole surrogacy cycle.

You are hereby authorized to release to, or discuss with P.S. USA and its employee, without restriction, any and all my medical & psychological information, treatment protocol, appointment & attendance information, insurance, claims and billings which is now or in the future may be in your possessions or under your control. It is my desire for P.S. USA to remain informed as they deem necessary.

Additionally, this disclosure shall include the ability to ask questions and discuss this protected medical information which P.S. USA and its employee even if I am fully competent to ask questions and discuss this matter at the time.

**Information to be released:**

- OB/GYN and/or Labor & Delivery records for any and all pregnancy & child births
- Physician office medical records
- Hospital Medical records
- Mental health care information including psychological report/records

00052758448

- Any and all laboratory report/records.
- Pharmacy information
- Insurance documents

**Terms and Conditions:** this authorization shall expire three years from the date of signature. Pacific Surrogacy USA LLC has the right to revoke this authorization at any time with written notice. This revocation will have no effect on records already released with reliance upon this authorization.

*A copy of this authorization is to be considered as valid as the original. The patient is provided a copy of this document.*

Please send all medical records and information requested via Fax, USPS, or Email as requested. If you need further assistance do not hesitate to contact Pacific Surrogacy.

**Pacific Surrogacy USA, LLC**
**930 Roosevelt, Suite 210 Irvine, CA 92620**
**Phone: (626) 620-6666**
**Fax: (866) 345-2585**
**Email: medicalrecords@psurro.com**

By signing this form, I am authorizing my complete medical records to be released to P.S. USA for surrogacy assessment.

Patient Name: _____

Signature: _____

Date of Authorization: 6/19/19 _____

00052758448

# Exhibit I



**PACIFIC**
**SURROGACY, LLC**

Pacific Surrogacy, LLC.
930 Roosevelt, Suite 210
Irvine, CA 92620
Tel.: (855)888-8999
Email: info@pacificsurro.com

<u>**Via Personal Delivery**</u>

June 20, 2019

Re:   PACIFIC SURROGACY, LLC.'s Wind-Up and Dissolution

Dear Valued Employee:

It is with great regret I must inform you that **PACIFIC SURROGACY, LLC.** will be permanently closing effective June 18, 2019. As a result, your last day of employment will be June 25, 2019.

If circumstances should necessitate an earlier or later termination date, you will be notified immediately in writing. The Company will ensure that you will be paid all earned wages and commissions (if applicable), and the agreed-upon benefits at the time of your termination.

We will be holding an All-Employee Meeting on June 20, 2019 at 11:00 AM at the Company's headquarters located at 930 Roosevelt, Suite 210, Irvine, CA 92620. If you need any further information following the meeting, please contact Yulun Jiang, Tel.: (626)-826-7965.

The Company truly regrets that these actions are necessary. We deeply appreciate the loyalty of our employees and our foremost concern is to help you find other employment. We will be providing various means of assistance to all of our employees to help with the transition process. The Company is committed to helping each one of you find gainful employment.

California Employment Development Department (EDD) may be of assistance to you and can provide the services, programs, and benefits to you due to the layoff. Please refer to the EDD website: https:_www.edd.ca.gov for further information.

Thank you for your dedicated service at Pacific Surrogacy, LLC.

Sincerely,
PACIFIC SURROGACY, LLC.

Yujun Jiang
Manager

# Exhibit J

| | |
|---|---|
| **From:** | Kevin Liu <kevin@chhllp.com> |
| **Sent:** | Saturday, June 29, 2019 9:10 PM |
| **To:** | Haotian Bai |
| **Cc:** | Jeffrey Wang; Michael York; Brent Sims; Kathleen Alparce; John Feng; Clement Leung; Frank Hwu, Esq. |
| **Subject:** | Re: Letter to Kevin Liu |

Haotian -

Thank you for your email.

To set the records clear. I am not affiliated with Pacific Surrogacy USA. LLC. I do not appreciate your efforts in characterizing me as a "looting" company clients. employees. and assets. The statements made are highly libelous to even suggest I am taking part in Pacific Surrogacy USA. I also ask that you cease making such characterizations to others. or I will have no choice but to issue my own cease-and-desist letter and proceed accordingly.

As to you and Mr. Jiang. it is documented that **Pacific Surrogacy, LLC.** is proceeding through a wind-up and dissolution. It was requested that I inform the employees on the reasons they were not being timely paid. and it was explained to them that the Company is undergoing the wind-up and dissolution.

I am not in possession of Pacific Surrogacy's records or accounts. I do not have any control to the accounts and records for Pacific Surrogacy and I never had. As to rumors and lies about you. I have not discussed anything that is untrue. You and Mr. Jiang did in fact entered into a corporate resolution to wind up and dissolve the Company. Documents were signed by both Mr. Jiang and yourself attesting to the wind-up and dissolution. You did in fact withdraw Company funds shortly thereafter. leaving insufficient funds for the wind-up. You did in fact engage in inappropriate behavior that contributed to the decision by Mr. Jiang to wind-up the business relationship with you. Those were the statements made. What was stated were all true with supporting documents and/or evidence.

I am sorry that you feel betrayed. As stated to you previously. this matter should be resolved between you and Mr. Jiang as former partners to sit down. conduct a proper accounting. and divide and/or liquidate the assets and pay off the debts of the Company accordingly.

Respectfully.

Kevin

On Thu. Jun 27. 2019 at 12:50 AM Haotian Bai <bht516 @ gmail.com> wrote:
June 26. 2019

Mr. Kevin Liu:

When you assisted me in setting up Pacific Surrogacy. LLC. you knew that I was a 50% stakeholder in the company. You also understood that I was your client. Now. you and Yulun Jiang have formed Pacific Surgery. USA. LLC. a company designed. not only to directly compete with Pacific Surrogacy. but a company

1

designed to steal all of Pacific Surrogacy's clients, employees and assets. Then, after forming and organizing this company, you assisted in the theft of these assets and customers. All of this was done without my authorization, consent or prior knowledge.

Additionally, you have participated in informing Pacific Surrogacy's employees that I terminated the company, and that I have stopped them from getting paid. You know that this is untrue in that I have been blocked from accessing Pacific Surrogacy's accounts and records. I know that you have also been engaged in spreading other rumors and lies about me.

As my attorney, and the attorney for Pacific Surrogacy, you had a duty to protect both me and Pacific Surrogacy from this sort of activity. Instead, you threw that duty away, and assisted in the destruction of the company, and in ruining my reputation. I demand that you immediately stop all such actions. I demand that you immediately provide me access to Pacific Surrogacy's records, accounts and information. Also, I demand that you cease looting company assets, and immediately stop aiding and abetting Pacific Surrogacy USA, LLC in its efforts to steal company assets and clients.

I also intend to investigate legal remedies against you for your betrayal, and your continued unethical behavior.

Sincerely,


Haotian Bai


--
**Kevin Liu**
*Attorney at Law*

CHH LAW, P C
801 S. Garfield Ave., Suite 338
Alhambra, CA 91801

**CHH LAW, P C**

kevin@chhllp.com
www.chhlawapc.com          T 626 539 5377F 877 771 3407

The information contained in this communication is protected by the attorney-client and/or the attorney/work product privilege. It is intended only for the use of the addressee, and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this communication or any other reader of the communication is not the named recipient, or the employee or agent responsible to deliver it to the recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail or by e-mail to info@chhllp.com, and destroy this communication and all copies thereof including all attachments.

# Exhibit K

 T-Mobile Wi-Fi 📶          10:21 AM                    54% 🔋



Elena ›

Dude

What is going on. This is all so ridiculous. 🤢. You probably won't respond, but this whole situation really sucks and I'm out of a job now.

And this stupid lawyer Allen has is making me jump through hoops to get my paycheck.

Please help any way you can. I am really begging you here.

**What's happening?**

They laid us all off. With the

2

# Exhibit L



# Exhibit M





# Exhibit N

  T-Mobile Wi-Fi 🛜        10:21 AM                    54% 🔋



Elena ›

I still haven't been paid and by California law I was suppose to be paid the day I was let go

I guess the lawyer tried contacting you. He is dumb.

I just went all the way to his law office and they didn't have my check ready after they said they would. Allen won't pay me. No one wants to. Rent is due in 4 days and I'm out of work.

I don't care what you did bai. It's none of my business. But I really need help here.

What's his name?

# Exhibit O

| From: | Haotian Bai <bht516@gmail.com> |
| Sent: | Thursday, June 27, 2019 12:43 AM |
| To: | allanjiang158@gmail.com |
| Cc: | Jeffrey Wang; Brent Sims; Michael York; Kathleen Alparce |
| Subject: | Letter to Yulun Jiang |

June 27, 2019

Mr. Yulun Jiang:

As you know, I am a 50% owner of Pacific Surrogacy, LLC. Therefore, I am ready, willing and able to pay 50% of the outstanding payroll for the employees at Pacific Surrogacy. Because you have blocked me from all company accounts, payroll software and ledgers, I am unable to make this payment without you first telling me the amount that is owed.

Once again, I request that you please provide me with access to the company documents, electronic files, contracts, records and bookkeeping. In the meantime, please provide me with the payroll figures, so that the employees that worked for Pacific Surrogacy can be taken care of.

Sincerely,

Haotian Bai

**Exhibit P**

 T-Mobile LTE    3:18 PM    ⌖ 42% ◼



Elena ›

Hey bai I got my paycheck, but I signed a non disclosure too

The final paycheck is what you supposed to get why they had you sign a non disclosure?

Read 3:18 PM

Exactly. Probably so I don't blast them on social media, take any clients, slander the company

They had Aracely sign the same thing

I honestly don't really know what it all means I just wanted my check. He gave me the check first though

I just want to be done with all of this 😣

  

    

Sent from my iPhone

2

# Exhibit Q

 T-Mobile Wi-Fi 📶    **10:17 AM**    📍 92% 

🔒 ziprecruiter.com

   

## Surrogacy

Filte

 **Medical Records Specialist** NEW!

Pacific Surrogacy USA, LLC
Irvine, CA

Pay    $16 to $18 Hourly (plus commission)
Benefits    Medical, Dental
Type    Full-Time

Duties and Responsibilities include the following: · Ensure medical records are assembled in standard order and are accurate and complete · Files paperwork and reports in **surrogates**' profiles ...

Quick Apply

 

T-Mobile Wi-Fi 🛜     10:17 AM     ⤤ 92% 🔋

🔒 ziprecruiter.com

   

## Surrogacy

**Filte**

assembled in standard order and are accurate and complete · Files paperwork and reports in **surrogates**' profiles ...

## Quick Apply



## Case Management Coordinator

Pacific Surrogacy USA, LLC
Irvine, CA

Pay        $2,000 Annually (plus commission)
Benefits   Medical, Dental
Type       Full-Time

You will also participate in the coordination, and completion of **surrogate** mothers & Intended Parents projects and other events

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1301 Dove Street, Suite 1050, Newport Beach, California 92660.

On July 25, 2019, I served the foregoing document(s) described as follows: **DECLARATION OF HAOTIAN BAI IN SUPPORT OF EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** on the interested parties in this action by placing ☒ a true copy ☐ the original thereof addressed as follows:

| Name & Address | Telephone/Facsimile/E-Mail | Role |
|---|---|---|
| James Alexander Kim, Esq. SHIODA & KIM, APLC 5901 West Century Blvd. Suite 750 Los Angeles, CA 90045 | Telephone: (310) 348-7222 Facsimile: (310) 348-7220 Email: jak@shiodakim.com | *Attorneys for Plaintiffs/Cross-Defendants* |

☒     **(FACSIMILE)**  Under statute, rule or court order, or by agreement, by emailing to the person(s) set forth on the list above.

☐     **(ELECTRONIC SERVICE)  (CCP § 1010.6(a)(4))**  The parties were electronically served with the document(s) listed above by e-mailed PDF files on **July 25, 2019.**  Electronic service is complete at the time of transmission.  My electronic notification address is 1301 Dove Street, Suite 1050, Newport Beach, California 92660; ElenaRomero@WHGCLaw.com.

☐     **(ELECTRONIC SERVICE)  (CCP § 1010.6(a)(4))**  I caused such document(s) to be electronically served, via ACE Attorney Service, served on all interested parties in this action shown by Electronic-Filing through ACE Attorney Service which is then printed and maintained with the original documents in our office.

☒     **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 25, 2019, at Newport Beach, California.

_____
Elena D. Romero