**EXHIBIT 8**



WHGC, A PROFESSIONAL LAW CORPORATION

1301 Dove Street, Suite 1050
Newport Beach, California 92660

Tel: 1-949-833-8483
Fax: 1-866-881-5007

www.WHGCLaw.com

August 30, 2019

**Via E-Mail and U.S. Mail**

Malcolm S. McNeil
Arent Fox LLP
555 West 5th Street, 48th Floor
Los Angeles, CA 90013-1065
Email: malcom.mcneil@arentfox.com

      Re: **Pacific Surrogacy USA, LLC, et al. v. Patriot Conceptions, LLC, et al.**
           **United States District Court, Case No. 8:19-cv-01456-DOC-JDEx**

Dear Mr. McNeil:

    When our clients Yulun Jiang ("Jiang") and Haotian Bai ("Bai") opened Pacific Surrogacy, LLC, the two marketed the business as a veteran owned surrogacy centered, providing surrogacy services in California. This marketing was accomplished on Facebook, Instagram and various other social media. According to the verified complaint filed by Mr. Jiang in the Superior Court of Orange County, Pacific Surrogacy was dissolved and ceased doing business as of June 19, 2019.

    Yet, our investigation reveals that your clients Jiang, and Pacific Surrogacy USA ("PSU") have continued to run on-line advertisements in these same forums. These advertisements claim that PSU is Pacific Surrogacy. In addition, they repeatedly make the claim that PSU is veteran owned. Attached hereto as Exhibits 1, 2, 3, 4, and 5 are advertisements that are posted on the same internet media used by Pacific Surrogacy. These advertisements are, in fact, false. Your client is, in fact, not Pacific Surrogacy, as that business has ceased and it is not veteran owned. In fact, it is our understanding, that Mr. Jiang is a Chinese national in the country pending an asylum hearing and not a member of the armed services.

    These advertisements expose your client to liability for False Advertising under the Federal Lanham Act, California's False Advertising and Unfair Competition Laws.

    In particular, those letters falsely create the impression that Pacific Surrogacy merely changed its name and then continued on operating as Pacific Surrogacy USA. If this is the case, please inform us immediately.



Accordingly, we demand Mr. Jiang immediately:

1. Cease posting any more false or misleading advertisements, and statements concerning Pacific Surrogacy, Pacific Surrogacy USA and its past or present ownership;
2. Alert visitors to your social media that you are not veteran owned; and
3. Post a retraction stating in the same manner that these items were posted, and send copies of that retraction to:

>Jeffrey CP Wang,
>Michael W. York, and
>Brent Sims
>WHGC, P.L.C.,
>1301 Dove St. #1050
>Newport Beach, CA 92660

We are preparing to file a counter claim in Federal Court. We await your response no later than Tuesday, September 3, 2019.

Sincerely,

G. Brent Sims for
WHGC, P.L.C.

GBS:cn

2

# EXHIBIT 1



# EXHIBIT 2



Catherine Garcia Surrogate Consultant at Pacific Surrogacy

Catherine Garcia Surrogate Consultant at Pacific Surrogacy USA
@makingfamiliescomplete

Home
Reviews
Photos
Posts
About
Community

Write a post...

Photo/Video    Tag Friends    Check in

Photos

Posts

Like  Follow  Share

Send Message

No Rating Yet

Pacific Surrogacy USA

Pacific Surrogacy USA was founded by a group of combat veterans who has experienced the cruelty of

See More

Community

- Invite your friends to like this Page
- 72 people like this
- 73 people follow this

About

930 Roosevelt Suite 210
Irvine, California 92620

(562) 244-9353

Send Message

Hours

Page Transparency

Page created - July 10, 2019

Related Pa
Chat (15)

Catherine Garcia Surrogate Consultant at Pacific Surrogacy USA

My name is Catherine Garcia. I am a consultant for Pacific Surrogacy USA. I am a mother of three wonderful children. I have been a surrogate two times. I was able to help both my family and their families at the same time. I was blessed to give birth back in 2011 to triplets. In 2015 I

8/30/2019 — Catherine Garcia Surrogate Consultant at Pacific Surrogacy USA - Home



Catherine Garcia Surrogate Consultant at Pacific Surrogacy...

support factor. Another major factor that help me get ... See More

Like   Comment   Share

**Catherine Garcia Surrogate Consultant at Pacific Surrogacy USA**

Time Line For Surrogates.

Like   Comment   Share

Catherine Garcia Surrogate Consultant at Pacific Surrogacy USA
@makingfamiliescomplete

- Home
- Reviews
- Photos
- Posts
- About
- Community

Kat.Nomura-PacificSur...   Like
Local Service

La Habra Journal 90631   Like
Media

English (US)  Español  Português (Brasil)
Français (France)  Deutsch

Privacy  Terms  Advertising  Ad Choices
Cookies  More

Posts

Chat (15)

# EXHIBIT 3

# Pacific Surrogacy USA

CATHERINE GARCIA SURROGATE CONSULTANT AT PACIFIC SURROGACY USA   WEDNESDAY, JULY 17, 2019

Pacific Surrogacy USA was founded by a group of combat veterans, who has experienced the cruelty of war. During their services in the military, not only do they endure the pain of family separation, they also witnessed the suffering of infertility due to physical or mental trauma. During the era of Operation Endurance Freedom, they formed a group dedicated to identifying and supporting needed military families with surrogacy service. The group quickly built up a reputation and was commended by hundreds of military families. As more and more people who share the same beliefs and visions joined the team, Pacific Surrogacy was registered as a formal business entity in 2018.

Pacific Surrogacy USA carries strong military spirits of honor, duty, and integrity. As a veteran owned business, we proudly continue our mission to serve the country by helping needed families through surrogacy and IVF procedure. This is our new task to complete and new mission to execute.

Pacific Surrogacy USA has been helping hundreds of needed families fulfill their dreams of parenthood in more than 35 states. We seek to deliver an experience that is treasured forever and provide guidance through significant moments of the exciting journey. Pacific Surrogacy USA is proud to provide the best service of building a family and dedicated to give the gift of life.

Since its founding, Pacific Surrogacy USA has been a firm believer that everyone deserves the opportunity to experience the joy and happiness of parenthood and we want to deliver their dreams through IVF and surrogacy. As a surrogate agency, Pacific Surrogacy USA recruits qualified surrogates based on "ASRM" guideline and match them with the most ideal

intended parents who share the similar beliefs, interests, and expectations. Serving others is our primary principle.

EXHIBIT 4



**Pacific Surrogacy**
June 13

Tomorrow, June 14, we cele
represents the anniversary c
adoption in 1777. As a Veter
company, we take time this
foundations of our nation's fr
everyone!! #pacificSurroga

Like     Commer

Write a comment



kvsurrogacyconsultant · Follow

kvsurrogacyconsultant In honor of Military Spouse Appreciation Day, we honor those who serve as a support to our military service members. From the US Army website: "Spouses are an important part of the Army family and contribute to readiness by enabling Soldiers to remain focused on their missions."
us 💙 Thank you! us 💙 #giveback #thankyou #thanks #makeadifference #militaryspouseappreciationday #military #militaryspouse #lifeisbeautiful #pregnancy #pregnant #surrogacy #surrogate #surrogacyjourney

Liked by ivf_conceptions_surrogacy and 11 others