MALCOLM S. MCNEIL (SBN 109601)
malcolm.mcneil@arentfox.com
ISMAEL BAUTISTA JR. (SBN 252139)
ismael.bautista@arentfox.com
STEFAN BOGDANOVICH (SBN 324525)
stefan.bogdanovich@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Plaintiffs and Counter-Defendants
PACIFIC SURROGACY USA, INC. and YULUN JIANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT CONCEPTIONS, LLC, a California Limited Liability Company; HAOTIAN BAI, an Individual; QUNYAO YU, an Individual, DOES 1-25,<br><br>Defendants. | Case No. 8:19-cv-01456 DOC JDEx<br><br>**DECLARATION OF QINGSILAN GAO IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Filed Concurrently with Motion to Dismiss, Declaration of Stefan Bogdanovich, Request for Judicial Notice, Statement of Uncontroverted Material Facts and Conclusions of Law, and Proposed Order Granting Motion to Dismiss]<br><br>DATE: October 21, 2019<br>TIME: 8:30 a.m.<br>COURTROOM: 9D |
| HAOTIAN BAI, an individual,<br><br>Counter-Claimant,<br><br>v.<br><br>PACIFIC SURROGACY USA, INC., a California Limited Liability Company; YULUN JIANG, an individual,<br><br>Counter-Defendants. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

8:19-cv-01456 DOC JDEx

DECLARATION OF QINGSILAN GAO ISO
MOTION FOR PARTIAL SUMMARY
JUDMGENT

I, Qingsilan Gao, hereby declare:

1. I work in management at Pacific Surrogacy USA, LLC ("PSUSA"), which now goes by the name Prime Surrogacy. I also previously worked at Pacific Surrogacy, LLC, alongside both Plaintiff Yulun Jiang and Defendant Haotian Bai. I have personal knowledge of the information contained in this Declaration, and if requested could and would testify thereto. I submit this declaration in support of the Motion to Dismiss, or in the alternative, Motion for Partial Summary Judgment on Haotian Bai's Counter-Claim.

2. All of the recruiters for Pacific Surrogacy, LLC worked as independent contractors and Pacific Surrogacy, LLC never possessed control over what these recruiters posted on social media. These independent contractors also did not possess the authority to bind Pacific Surrogacy, LLC into any transactions, and they were also contractually prohibited from creating the appearance of any such apparent authority.

3. All PSUSA recruiters are independent contractors, and PSUSA exercises no control over what they post online. These independent contractors also lack the authority to bind PSUSA into any transactions, and they are contractually prohibited from creating the appearance of any such apparent authority.

4. Catherine Garcia worked as recruiter for Pacific Surrogacy, LLC, while Haotian Bai still worked at the business. A true and correct copy of her independent contractor agreement is attached hereto as **Exhibit 10**. The contract is signed by Haotian Bai and Catherine Garcia. Her contract was terminated after the business was dissolved.

5. Catherine Garcia was never hired by, or did any work for Pacific Surrogacy USA, LLC. After Pacific Surrogacy, LLC. dissolved, her contract was terminated. She was never contacted again by Yulun Jiang, myself or another person in management at Pacific Surrogacy USA, LLC to resume recruitment on behalf of the new company.

6. Kelly Vanderveer worked as recruiter for Pacific Surrogacy, LLC, while Haotian Bai still worked at the business. A true and correct copy of her independent contractor agreement is attached hereto as **Exhibit 11**. The contract is signed by Haotian Bai and Kelly Vanderveer. Her contract was terminated after the business was dissolved.

7. Kelly Vanderveer decided to continue working with myself and Yulun Jiang at PSUSA after the dissolution. A true and correct copy of her first independent contractor agreement is attached hereto as **Exhibit 12**. An upgraded agreement between her and PSUSA is attached as **Exhibit 13**. Both contracts contain the same provisions regarding the nature of the relationship.

8. After Catherine Garcia and Kelly Vanderveer were informed of Haotian Bai's concerns about calling Pacific Surrogacy USA, LLC "veteran owned," both these individuals promptly removed these social media posts. All of Pacific Surrogacy USA, LLC's social media accounts have since been rebranded to "Prime Surro" or "PrimeSurrogacy" and no longer use the name "Pacific Surrogacy."

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 20, 2019, at Irvine, California.

Qingsilan Gao