MALCOLM S. MCNEIL (SBN 109601)
malcolm.mcneil@arentfox.com
ISMAEL BAUTISTA JR. (SBN 252139)
ismael.bautista@arentfox.com
STEFAN BOGDANOVICH (SBN 324525)
stefan.bogdanovich@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: 213.629.7400
Facsimile:  213.629.7401

Attorneys for Plaintiffs and Counter-Defendants
PACIFIC SURROGACY USA, INC. and YULUN JIANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT CONCEPTIONS, LLC, a California Limited Liability Company; HAOTIAN BAI, an Individual; QUNYAO YU, an Individual, DOES 1-25,<br><br>Defendants.<br><br>HAOTIAN BAI, an individual,<br><br>Counter-Claimant,<br><br>v.<br><br>PACIFIC SURROGACY USA, INC., a California Limited Liability Company; YULUN JIANG, an individual,<br><br>Counter-Defendants. | Case No.  8:19-cv-01456 DOC JDEx<br><br>**PLAINTIFFS' AND COUNTER-DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS COUNTER-CLAIM AND SPECIAL MOTION TO STRIKE**<br><br>[Filed Concurrently with Motion to Dismiss, Declarations of Qingsilan Gao and Stefan Bogdanovich, Statement of Uncontroverted Material Facts and Conclusions of Law, and Proposed Order Granting Motion to Dismiss]<br><br>DATE:         October 21, 2019<br>TIME:          8:30 a.m.<br>COURTROOM:   9D |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

8:19-cv-01456 DOC JDEx

AFDOCS/20840025.1

REQUEST FOR JUDICIAL NOTICE

Plaintiffs and Counter-Defendants by and through their attorneys of record, file this Request for Judicial Notice to accompany their Motion to Dismiss Counterclaim and Special Motion to Strike (anti-SLAPP). Pursuant to Federal Rule of Evidence ("Rule") 201, this Court is requested to take judicial notice of facts set forth in **Exhibits 1 to 7**:

1. The civil complaint of Yuluan Jiang ("Jiang") and Pacific Surrogacy USA, LLC ("PSUSA") filed on June 26, 2019 against Haotian Bai ("Bai") in California state court, case no: 30-2019-01078573-CU-BT-CJC (the "State Court Action"), as **Exhibit 1** to the Declaration of Stefan Bogdanovich, filed concurrently herewith.

2. The cross-complaint filed by Bai in the State Court Action on July 24, 2019, attached as **Exhibit 2** to the Declaration of Stefan Bogdanovich, filed concurrently herewith.

3. The *ex parte* application filed by Bai seeking a temporary restraining order on July 25, 2019 in the State Court Action, attached as **Exhibit 3** to the Declaration of Stefan Bogdanovich, filed concurrently herewith.

4. The declaration in support of his *ex parte* application filed by Bai, which includes 18 separate exhibits in the State Court Action, attached as **Exhibit 4** to the Declaration of Stefan Bogdanovich, filed concurrently herewith.

5. The substitution of attorney form filed by the law firm of Arent Fox LLP on July 30, 2019, substituting previous counsel for Jiang and PSUSA in the State Court Action, attached as **Exhibit 5** to the Declaration of Stefan Bogdanovich, filed concurrently herewith.

6. The opposition to Bai's *ex parte* application in the State Court Action, filed by Jiang and PSUSA, which includes 17 separate exhibits, attached as **Exhibit 6** to the Declaration of Stefan Bogdanovich, filed concurrently herewith.

///

7. The Minute Order issued by the judge presiding over the State Court Action, denying Bai's *ex parte* application, attached as **Exhibit 7** to the Declaration of Stefan Bogdanovich, filed concurrently herewith.

The above exhibits for which Plaintiffs and Counter-Defendants request this Court to take judicial notice concern a state court action between the same parties to the instant action relating to the same business. *See* Declaration of Stefan Bogdanovich ¶ 8.

Plaintiffs and Counter-Defendants also request the court to take judicial notice of the federally registered "Pacific Surrogacy" wordmark and design mark (Reg. No.s 5804128 and 5818675). Both of these marks are listed on the United States Patent and Trademark Office's Principal Register.

Under Federal Rule of Evidence 201, judicial notice is proper when a fact is not subject to reasonable dispute and capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Additionally, [a] court may take judicial notice of 'matters of public record' without converting a motion to dismiss into a motion for summary judgment." *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001); *see also MGIC Indem. Corp. v. Weisman,* 803 F.2d 500, 504 (9th Cir. 1986). This Court is permitted to take "notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992); *See also Asdar Grp. v. Pillsbury, Madison & Sutro,* 99 F.3d 289, 290, fn. 1 (9th Cir. 1996) (" . . . this appeal arises from a motion to dismiss under Rule 12(b)(6), the facts are drawn from the complaint and from certain prior court orders and judgments of which the district court took judicial notice.").

As each document attached hereto is a public court filing in the State Court Action by either Plaintiffs and Counter-Defendants or Defendant and Counter

1  Claimant Bai, the exhibits are not subject to reasonable dispute.  The proceedings
2  before the California Superior Court in the State Court Action between the parties
3  are directly related Plaintiffs and Counter-Defendants Motion to Dismiss
4  Counterclaim and Special Motion to Strike.  The exhibits are relevant to the
5  instant matter because they contain several facts about the parties which cast
6  doubt on the plausibility of Bai's claims a militate a motion to dismiss for failure
7  to state a claim. The exhibits also demonstrate the litigation history between the
8  parties in the state court action, which directly relates to Counter-Defendants'
9  litigation privilege defense and their anti-SLAPP motion.

10     For the foregoing reasons, Plaintiffs and Counter-Defendants requests that
11 the Court consider the above-referenced documents and facts in connection with
12 their Motion to Dismiss and Special Motion to Strike.

14 DATED: September 20, 2019        **ARENT FOX LLP**

16        By:  */s/ Stefan Bogdanovich*
17           MALCOLM S. MCNEIL
          ISMAEL BAUTISTA JR.
18           STEFAN BOGDANOVICH
          Attorneys for Plaintiffs and Counter-
19           Defendants
          PACIFIC SURROGACY USA, INC.
20           AND YULUN JIANG