Hubert H. Kuo (SBN 204036)
Brian P. Stewart (SBN 147718)
David Yu (SBN 276471)
ARDENT LAW GROUP, P.C.
4340 Von Karman Ave., Ste. 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

Attorneys for Defendants, PATRIOTIC CONCEPTIONS, LLC and QUNYAO YU

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT CONCEPTIONS, LLC, a California Limited Liability Company; HAOTIAN BAI, an individual; QUNYAO YU, an individual; DOES 1-25,<br><br>Defendants. | Case No. 8:19-cv-01456-DOC-JDEx<br>Assigned to Hon. Judge David O Carter<br>Courtroom: 9D<br><br>**DECLARATION OF ELENA CHUTE IN SUPPORT OF CROSS-COMPLAINANT'S OPPOSITION TO PLAINTIFF'S SPECIAL MOTION TO STRIKE (ANTI-SLAPP) COUNTER-COMPLAINANT HAOTION BAI'S FOURTH CLAIM UNDER CAL CIVIL CODE § 425.16** |

I, Elena Chute, declare as follows:

1. I am over 18 and am not a party to this litigation. The matters stated herein are based on my own personal knowledge, except where stated on information and

belief and, as to those, matters, I have a good-faith and belief that they are true. If called upon to do so, I could and would testify to the truth thereof.

2. On or about July 19, 2019, SiqingLan Gao and Yulun Jiang came to see me to talk to me about becoming a surrogate with Pacific Surrogacy USA ("PSUSA") instead of Pacific Surrogacy ("PS"). During that meeting they told me that Haotion Bai was a scammer and that he had stolen money from the company. They also told me that he was weird in the head and that he had anger issues. They didn't really explain the difference between PS and PSUSA, but I needed the work so I agreed to sign on as a surrogate with PSUSA.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 9th day of October, 2019 in Las Vegas, Nevada.

_____
Petra Geraci

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that copies of the foregoing DECLARATION OF ELENA CHUTE IN SUPPORT OF CROSS-COMPLAINANT'S OPPOSITION TO PLAINTIFF'S SPECIAL MOTION TO STRIKE (ANTI-SLAPP) COUNTER-COMPLAINANT HAOTION BAI'S FOURTH CLAIM UNDER CAL CIVIL CODE § 425.16 was served through ECF on October 9, 2019 upon all parties who have appeared.

*/s/ Hubert Kuo*
Hubert H. Kuo

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

1