1

2  Hubert H. Kuo (SBN 204036)
   Brian P. Stewart (SBN 147718)
3  David Yu (SBN 276471)
   ARDENT LAW GROUP, P.C.
4  4340 Von Karman Ave., Ste. 290
   Newport Beach, CA 92660
5  Telephone:  (949) 299-0188
   Facsimile:   (949) 299-0127

6

7  Attorneys for Defendants, PATRIOTIC
   CONCEPTIONS, LLC and QUNYAO YU

8

9            UNITED STATES DISTRICT COURT

10   CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

11

12  PACIFIC SURROGACY USA,              Case No. 8:19-cv-01456-DOC-JDEx
    LLC, a California Limited Liability   Assigned to Hon. Judge
13  Company; YULUN JIANG, an                        David O. Carter
14  individual;                         Courtroom: 9D

15                                       DECLARATION OF HAOTIAN
                  Plaintiffs,            BAI IN SUPPORT OF CROSS-
16                                       COMPLAINANT'S OPPOSITION
                                         TO  PLAINTIFF'S SPECIAL
17  v.                                   MOTION TO STRIKE (ANTI-
                                         SLAPP) COUNTER-
18                                       COMPLAINANT HAOTION
    PATRIOT CONCEPTIONS, LLC, a          BAI'S FOURTH CLAIM UNDER
19  California Limited Liability         CAL CIVIL CODE § 425.16
20  Company; HAOTIAN BAI, an
    individual; QUNYAO YU, an
21  individual; DOES 1-25,

22                Defendants.
23

24

25      I, Haotion Bai, declare as follows:

26      1. I am one of the Defendants and the Counter Claimant in the above

27  referenced matter.   The matters stated herein are based on my own personal

28  knowledge, except where stated on information and belief and, as to those, matters,

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

1
DECLARATION OF HAOTIAN BAI IN SUPPORT OF CROSS-COMPLAINANT'S
OPPOSITION TO PLAINTIFF'S SPECIAL MOTION TO STRIKE

1    I have a good-faith and belief that they are true. If called upon to do so, I could and

2    would testify to the truth thereof.

3        2.    I am a retired member of the United States armed forces. I served in

4    Afghanistan through 2017. I have been diagnosed with PTSD, and I have been

5    released from service to civilian life.

6        3.    After leaving the armed service, I opened a surrogacy business, with

7    Yulun Jiang ("JIANG"). He and I put $10,000 each into PACIFIC SURROGACY,

8    LLC, ("PS") and agreed to share the company equally.

9        4.    We organized PS on July 12, 2018. See attached as **Exhibit "A"** to the

10   Request for Judicial Notice filed concurrently herewith is a true and correct copy of

11   the Articles of Organization.

12       5.    PACIFIC also maintained an account at Bank of America.  This

13   account did not have the majority of PACIFIC's money, as the bulk of the money

14   had been taken by JIANG and wired into his father's bank account in China.

15       6.    JIANG and I had discussed this situation. I informed JIANG that we

16   would need to repatriate that money for use by PACIFIC.  JIANG informed me that

17   if we did that, the company would then need to pay taxes on the money.  I told

18   JIANG that the company should pay taxes on that money.  We never reached a

19   satisfactory resolution on this issue, and I am informed and believe that the bulk of

20   the company's funds still are abroad.

21       7.    I did not know at the time, but I have since learned that on or around

22   May 26, 2019, JIANG filed paperwork for an entity called PACIFIC

23   SURROGACY USA, LLC.

24       8.    On or about June 16, 20 I 9, I was returning to Los Angeles from

25   Hawaii. My travel plans were available to interested parties.

26       9.    When I arrived in Los Angeles, I received a text from JIANG.  JIANG

27   informed me that it was useless to struggle.  He stated that he had seen the things

28   that I had done wrong, and that he was prepared to tell people about those things.

2
**DECLARATION OF HAOTIAN BAI IN SUPPORT OF CROSS-COMPLAINANT'S
OPPOSITION TO PLAINTIFF'S SPECIAL MOTION TO STRIKE**

10.     At or about 5:00 p.m. that same night, I pulled up my WeChat account and checked the PACIFIC link on WeChat. I was surprised to see that the account claimed that PACIFIC was closing. I had not given consent or approval for this action. In fact, that day, JIANG had sent a message out to all PACIFIC employees informing them that the business was closing.

11.     I then telephoned JIANG. JIANG informed me that he knew of certain personal actions which occurred between me and another professional at PACIFIC. He said that if I did not sign documents to dissolve PACIFIC, he would make certain photographs and videos available to family, friends, and people associated with PACIFIC. I was fearful that this would occur, and so agreed to meet with him.

12.     I then discovered that all of PACIFIC's accounts had either been deleted or moved, or that the passwords had been changed.  I was unable to access any of PACIFIC's accounts, or information.

13.     I met with JIANG on Monday, June 18, 2019.  JIANG already had paperwork filled out for me to sign. He again told me that if I did not cooperate, he would expose my secrets to my family and friends. I felt I had no choice but to cooperate with JIANG.

14.     On or about June 18, 2019, I retained Jeffery Wang of WHGC, P.L.C. to represent me with respect to the issues arising from the forced dissolution of PS. Mr. Wang advised me to withdraw the remaining money in the PS bank account in order to mitigate my damages.  Attached hereto as **Exhibit "1"** is a true and correct copy of a letter sent by Jeffrey Wang to JIANG on June 19, 2019

15.     Almost immediately after the withdrawal of the funds, JIANG sent a group Wechat to the PS employees announcing that PS would be shutting down and that he would be opening a new business, PACIFIC SURROGACY USA, LLC ("PSUSA").

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

3
DECLARATION OF HAOTIAN BAI IN SUPPORT OF CROSS-COMPLAINANT'S
OPPOSITION TO PLAINTIFF'S SPECIAL MOTION TO STRIKE

16.    Following the Wechat message, the employees were asking questions, and apparently JIANG would tell them that PS was shut down because I allegedly was stealing from the company and having an affair with an employee.

17.    Elena Chute informed me that the employees were not being paid their final paychecks and that they were being told it was because I stole the money.  I wanted the employees to be paid, and on June 27, 2019, I sent JIANG a letter telling him that I was willing to pay half of the money needed to cover the outstanding payroll.  Attached hereto as **Exhibit "2"** is a true and correct copy of my June 27, 2019 letter to JIANG on June 19, 2019.

18.    Elena Chute told me that this was what everyone was being told and it made me very upset.  On July 1, 2019  I wrote a letter to Xuyan Deng in an attempt to clear my name and to notify him that I was no longer connected to PS and that I did not know who was handling the files.

19.    On July 2, 2019, I sent Jeffery Wang ("Mr. Wang") a copy of the letter that I had sent to Xuyan Deng and asked if it was "OK" to send it to other clients.  Mr. Wang reviewed the letter and had another attorney in his office, Katherine Alparce, revise it and returned it to me.  I relied upon my attorney's advice that I would legally be able to send this letter to tell my side of the story.  Attached hereto as **Exhibit "3"** is a true and correct copy of the text exchange between myself and Mr. Wang.  Attached hereto as **Exhibit "4"** is a true and correct copy of an e-mail from Katherine Alparce with the revised letter.

20.    In addition to attempting to salvage my reputation, I was also concerned that clients and surrogates could become confused between PS and PSUSA.  I have since learned that people were confused by the representations made by JIANG and PSUSA.  Attached hereto as **Exhibit "5"** is a true and correct copy of an e-mail exchange between Araceli Lara and a surrogate named Alicia Parker.

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

4

**DECLARATION OF HAOTIAN BAI IN SUPPORT OF CROSS-COMPLAINANT'S OPPOSITION TO PLAINTIFF'S SPECIAL MOTION TO STRIKE**

1        I declare under penalty of perjury under the laws of the State of California

2    that the foregoing is true and correct.

3        Executed this 9th day of October, 2019 in ___Costa Mesa___, California.

4

5

6                             _Haotian Bai_____

7                             Haotian Bai

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

5

**DECLARATION OF HAOTIAN BAI IN SUPPORT OF CROSS-COMPLAINANT'S OPPOSITION TO PLAINTIFF'S SPECIAL MOTION TO STRIKE**

# EXHIBIT 1

June 19, 2019

<u>Via Email and US Mail</u>
YuIIn Jiang
Allanjiang158@gmail.com
930 Roosevelt, Suite 210
Irvine, CA 92620

Re:  <u>Pacific Surrogacy LLC</u>

Dear Mr. Jiang,

We represent  Mr. Haotian Bai, who co-owns the above-referenced company Pacific Surrogacy. This is a profitable on-going business .  We are assisting Mr. Bai, a disabled US Army veteran to protect his interest from your various misdeeds against this company.

We noticed that you have filed an illegal cancellation of the company with the California Secretary of State without Mr. Bai's knowledge or consent.  It is illegal since you cannot cancel a profitable on-going business with employees and business.  Furthermore, we noticed that you have recently established a company call Pacific Surrogacy USA LLC.  You perpetrated a text book unfair competition and breach of fiduciary duty.  Lastly, we are informed and believe that you sought to have Mr. Bai signed off his interests at the company through extortion.  You then illegally terminated Mr. Bai's electronic access to all of company business and management systems.

It is not without saying that we are to hold you and those who aid and abet you liable.  Since we are now aware of your misdeeds, Mr. Bai has sought to mitigate damages by efforts such as securing the remaining money in the company bank account.

This letter requests your immediate action to preserve electronically stored information that may contain evidence important to the above legal matter. This notice applies to your company's on-and off-site computer systems and removable electronic media plus all computer systems, services, and devices (including all remote access and wireless devices) used for your company's overall operation. This includes, but is not limited to, e-mail and other electronic communications; electronically stored documents, records, images, graphics, recordings, spreadsheets, databases; calendars, system usage logs, contact manager information, telephone logs, internet usage files, deleted files, cache files, user information, and other data. Further, this notice applies to archives, backup and disaster recovery tapes, discs, drives, cartridges, voicemail and other data. All operating systems, software, applications, hardware, operating manuals, codes, keys and other support information needed to fully search, use, and access the electronically stored information must also be preserved.  Your failure to comply may be construed as spoliation of evidence.  Current law and rules of civil procedure clearly apply to the discovery of electronically stored information just as they apply to other evidence, and confirm the duty

to preserve such information for discovery. You and your officers, employees, agents, and affiliated organizations must take all reasonable steps to preserve this information until this legal matter is finally resolved. Failure to take the necessary steps to preserve the information addressed in this letter or other pertinent information in your possession or control may result in serious sanctions or penalties. Further, to properly fulfill your preservation obligation, stop all scheduled data destruction, electronic shredding, rotation of backup tapes, and the sale, gift or destruction of hardware. Notify all individuals and affiliated organizations of the need and duty to take the necessary affirmatives steps to comply with the duty to preserve evidence.

We understand that it is impossible for Mr. Bai to continue working with you in this company. We are open to discuss with you about how to part ways.  We look forward to hearing from you by no later than Friday.

Very truly yours,
WHGC, PLC


Jeffrey CP Wang

# EXHIBIT 2

| | |
|---|---|
| **From:** | Haotian Bai <bht516@gmail.com> |
| **Sent:** | Thursday, June 27, 2019 12:43 AM |
| **To:** | allanjiang158@gmail.com |
| **Cc:** | Jeffrey Wang; Brent Sims; Michael York; Kathleen Alparce |
| **Subject:** | Letter to Yulun Jiang |

June 27, 2019

Mr. Yulun Jiang:

As you know, I am a 50% owner of Pacific Surrogacy, LLC. Therefore, I am ready, willing and able to pay 50% of the outstanding payroll for the employees at Pacific Surrogacy. Because you have blocked me from all company accounts, payroll software and ledgers, I am unable to make this payment without you first telling me the amount that is owed.

Once again, I request that you please provide me with access to the company documents, electronic files, contracts, records and bookkeeping. In the meantime, please provide me with the payroll figures, so that the employees that worked for Pacific Surrogacy can be taken care of.

Sincerely,

Haotian Bai

EXHIBIT 3

T-Mobile  LTE              2:48 PM                    42%

< 　　王振邦 律师 Jeffrey CP Wang 　　 •••

  ⌣ 对方已取消

  ⌣ 呼叫失败

对方曾尝试与你进行语音通话，但没有成功接通

通话时长 01:15  ⌣ 

Jun 19, 2019 4:36 PM

Hi Jeffrey. Did you get a chance to do the letter? 

1



ıll T-Mobile  LTE                2:38 PM                    ⌁ 43% ▭

‹                王振邦 律师 Jeffrey CP Wang                •••

is it okay to send it this way? Just the first page  

Jul 2, 2019 8:39 PM

 Please standby.. Will get back to you. May I have the word file? Thanks

Jul 2, 2019 9:39 PM

Letter to clients and partners.docx
17K
 

☁· 微信电脑版

Here it is. Thanks. Jeffrey 

2



.ıll T-Mobile  LTE          2:37 PM              ⬈ 43% ◼

<      **Pacific Surrogacy – WHGC(6)**     • • •





PSUSA is still using PS logo

That is my ZipRecruiter account he stole, too

Jul 3, 2019 3:31 PM



The revised letter looks sharp. Thank y'all



3

**\*\*PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS\*\* Haotian Bai v. Pacific Surrogacy, LLC, et al. // Letter**

Inbox

Kathleen Alparce    Jul 3

to me, Jeffrey, Michael, Elena ⌄

Good Afternoon, Bai:

Attached is our revised letter without Chinese translation.

4

EXHIBIT 4

---------- Forwarded message ---------
From: **Kathleen Alparce** <KathleenAlparce@whgclaw.com>
Date: Wed, Jul 3, 2019 at 2:53 PM
Subject: **PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS** Haotian Bai v. Pacific Surrogacy, LLC, et al. // Letter
To: bht516@gmail.com <bht516@gmail.com>
CC: Jeffrey Wang <JeffreyWang@whgclaw.com>, Michael York <michaelYork@whgclaw.com>, Elena D. Romero <ElenaRomero@whgclaw.com>

Good Afternoon, Bai:

Attached is our revised letter without Chinese translation.

Thank you,

Kathleen

**Kathleen E. Alparce**

**Of Counsel**

**Complex Litigation Practice Group**

**Employment Law Practice Group**

**WHGC, P.L.C.**

Tel. (949) 833-8483  Fax. (949) 881-5007  Email KathleenAlparce@WHGCLaw.com

1

1301 Dove Street, Suite, 1050, Newport Beach, CA 92660

Visit us on the web: www.WHGCLaw.com

Follow us: Facebook, LinkedIn, Twitter, and Google+



**Kathleen E. Alparce**
Of Counsel
Complex Litigation Practice Group
Employment Law Practice Group

Tel. 1-949-833-8483
Fax: 1-866-881-5007

KathleenAlparce@WHGCLaw.com

1301 Dove Street, Suite 1050
Newport Beach, California 92660

**PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS E-MAIL.**

**CONFIDENTIAL INFORMATION**
This email is intended only for the use of the person or entity to whom it is addressed and contains information that may be subject to the attorney-client privilege, the work-product protection, and/or may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient of this email, be advised that any disclosure, copy, distribution or use of the contents of this message is strictly prohibited. If you are not the intended recipient of this email, please notify the sender that you have received this in error by replying to this message. Then, please delete it from your system. Thank you.



--
Sent from Gmail Mobile

**EXHIBIT 5**

---------- Forwarded message ---------
From: **alicia parker** <aliciaparker742@yahoo.com>
Date: Tue, Jul 2, 2019 at 4:33 PM
Subject: Fwd: HIGH PRIORITY: Statement of Ownership change
To: <bht516@gmail.com>


Sent from my iPhone

Begin forwarded message:

> **From:** Aracely Lara <aracelyl@psurro.com>
> **Date:** July 1, 2019 at 2:46:30 PM EDT
> **To:** "alicia parker" <aliciaparker742@yahoo.com>
> **Subject: Re: HIGH PRIORITY: Statement of Ownership change**
>
> Alicia - I hope you got my second email saying that you don't need to reapply. Everything stays the same. Your recruiter is aware of all the changes as well.
>
>
>
> ---- On Thu, 27 Jun 2019 10:32:34 -0700 **alicia parker <aliciaparker742@yahoo.com>** wrote ----
>
> I'm not sure I'm understanding does this mean with the new company I would have to go through the processes and reapply to be approved as a surrogate? And is my contract and file now invalid? Sorry but I haven't heard anything from anyone since June 10th when I was informed I was having a meeting with intended parents and never was contacted again.
>
> Sent from my iPhone
>
> On Jun 27, 2019, at 1:11 PM, Aracely Lara <aracelyl@psurro.com> wrote:
>
>> <Pacific Surrogacy, LLC._Surrogate Satement to ALL GCS.pdf>

Hello,

My name is Aracely Lara and I am the Operations Manager at Pacific Surrogacy USA. I am reaching out to to advise you that there has been a reorganization at PS and a new company has been formed. Everything stays the same as far as compensation and our representation of you. I do not want you to be alarmed in any way as the process stays the same for everyone.

Please read the attached statement. I will be calling each of you individually today and tomorrow to have a brief conversation about the changes.


Aracely Lara
Pacific Surrogacy USA


--
Sent from Gmail Mobile

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that copies of the foregoing

DECLARATION OF HAOTIAN BAI IN SUPPORT OF CROSS-

COMPLAINANT'S OPPOSITION TO  PLAINTIFF'S SPECIAL MOTION TO

STRIKE (ANTI-SLAPP) COUNTER-COMPLAINANT HAOTION BAI'S

FOURTH CLAIM UNDER CAL CIVIL CODE § 425.16 was served through ECF

on October 9, 2019 upon all parties who have appeared.

*/s/ Hubert Kuo*
Hubert H. Kuo

ARDENT LAW GROUP, PC
4340 Von Karman Ave, Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

1
**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**