Hubert H. Kuo (SBN 204036)
Brian P. Stewart (SBN 147718)
David Yu (SBN 276471)
ARDENT LAW GROUP, P.C.
4340 Von Karman Ave., Ste. 290
Newport Beach, CA 92660
Telephone:  (949) 299-0188
Facsimile:   (949) 299-0127

Attorneys for Defendants, PATRIOTIC CONCEPTIONS, LLC and QUNYAO YU

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT CONCEPTIONS, LLC, a California Limited Liability Company; HAOTIAN BAI, an individual; QUNYAO YU, an individual; DOES 1-25,<br><br>Defendants. | Case No. 8:19-cv-01456-DOC-JDEx<br>Assigned to Hon. Judge<br>         David O. Carter<br>Courtroom: 9D<br><br>**DECLARATION OF PETRA GERACI IN SUPPORT OF CROSS-COMPLAINANT'S OPPOSITION TO PLAINTIFF'S SPECIAL MOTION TO STRIKE (ANTI-SLAPP) COUNTER-COMPLAINANT HAOTION BAI'S FOURTH CLAIM UNDER CAL CIVIL CODE § 425.16** |

I, Elena Chute, declare as follows:

1. I am over 18 and am not a party to this litigation. The matters stated herein are based on my own personal knowledge, except where stated on information and

1

DECLARATION OF PETRA GERACI IN SUPPORT OF CROSS-COMPLAINANT'S
OPPOSITION TO PLAINTIFF'S SPECIAL MOTION TO STRIKE

belief and, as to those, matters, I have a good-faith and belief that they are true. If called upon to do so, I could and would testify to the truth thereof.

2. In June of 2019, I was employed by PACIFIC SURROGACY, LLC, ("PS") as a Medical Coordinator. On or about June19, 2019 YULUN JIANG ("JIANG") informed all of the employee's at PS, through a Wechat message, that the company was being shut down and that all of the employees were being laid off.

3. I was told by multiple employees who met with JIANG, including but not limited to Aracelli Lara, Jenna Bataglini, Joy Lu and Yutong "Crystal" Jiang that Haotion Bai had been fired for stealing from the company and having an affair with an employee, and that was why the company was shutting down. It was common knowledge among the employees and the surrogates and recruiters that Jiang and his attorney Kevin Liu were telling everyone in the industry that BAI was fired for stealing money and having an affair with another employee and that is why PS had to be shut down.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 9th day of October, 2019 in __Pomona__, California.

_Elena Chute_

2
DECLARATION OF ELENA CHUTE IN SUPPORT OF CROSS-COMPLAINANT'S
OPPOSITION TO PLAINTIFF'S SPECIAL MOTION TO STRIKE

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that copies of the foregoing DECLARATION OF PETRA GERACI IN SUPPORT OF CROSS-COMPLAINANT'S OPPOSITION TO PLAINTIFF'S SPECIAL MOTION TO STRIKE (ANTI-SLAPP) COUNTER-COMPLAINANT HAOTION BAI'S FOURTH CLAIM UNDER CAL CIVIL CODE § 425.16 was served through ECF on October 9, 2019 upon all parties who have appeared.

/s/ *Hubert Kuo*
Hubert H. Kuo

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

1