Hubert H. Kuo (SBN 204036)
Brian P. Stewart (SBN 147718)
David Yu (SBN 276471)
ARDENT LAW GROUP, P.C.
4340 Von Karman Ave., Ste. 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

Attorneys for Defendants, PATRIOTIC CONCEPTIONS, LLC and QUNYAO YU

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT CONCEPTIONS, LLC, a California Limited Liability Company; HAOTIAN BAI, an individual; QUNYAO YU, an individual; DOES 1-25,<br><br>Defendants. | Case No. 8:19-cv-01456-DOC-JDEx<br>Assigned to Hon. Judge David O. Carter<br>Courtroom: 9D<br><br>**DEFENDANTS' RESPONSE TO COUNTER-DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION TO DISMISS UNDER RULE 12(B)(6)** |

Defendants PATRIOTIC CONCEPTIONS, LLC and QUNYAO YU hereby submits its Response to Plaintiffs PACIFIC SURRAGACY USA, INC. and YULUN JIANG'S Statement of Controverted Facts and Conclusions of Law Supporting its Motion to Dismiss Under Rule 12(b)(6):

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

RESPONSE TO PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

| **Uncontroverted Fact** | **Supporting Evidence** | **Response** |
|---|---|---|
| 1.  Catherine Garcia served as an independent contractor for Pacific Surrogacy, LLC, while Bai was a partner in the business.  Bai's signed Garcia's original independent contractor agreement.  Garcia has not been in contract with Pacific Surrogacy USA, LLC management since the dissolution, and has no contractual relationship with either Pacific Surrogacy USA, LLC or Yulun Jian.. | Gao Decl. ¶¶ 3 and 5.<br><br>Gao Decl., Ex. 10 (Independent Contractor Agreement signed by Bai). | 1. Objection to ¶'s 3 & 5 of Declaration of Gao; Fact is not relevant as no evidence is offered concerning whether the representations were made by Ms. Garcia or Ms. Garcia only . |
| 2.  Kelly Vanderveer served as an independent contractor for Pacific Surrogacy, LLC, while Bai was a partner in the business.  Bai's signed Vanderveer's original independent contractor agreement.  After the dissolution of Pacific Surrogacy, LLC, Vanderveer agreed to work as independent contractor with PSUSA. | Gao Decl. ¶¶ 6, 7.<br><br>Gao Decl., Ex. 11 (Independent Contractor Agreement signed by Bai).<br>Gao Decl., Ex.s 12, 13 | 2. Objection to ¶'s 6 & 7 of Declaration of Gao; Fact is not relevant as no evidence is offered concerning whether the representations were made by Ms. Garcia or Ms. Garcia only |
| 3.  Section 4(a)(i) of all of the contracts between Catherine Garcia and Pacific Surrogacy, LLC, between Kelly Vanderveer and Pacific Surrogacy USA, LLC, expressly delineates that "neither | Gao Decl., Ex. 10 at 3.<br>Gao Decl., Ex. 11 at 3.<br>Gao Decl., Ex. 12 at 4. | 3. The documents speak for themselves, however they do not establish that Ms. Garcia is/was an independent contractor, which is subject to a detailed legal analysis. |

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

RESPONSE TO PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

| | | |
|---|---|---|
| party may assume or create obligations on the other party's behalf, and neither party may take any action that creates the appearance of such authority." | Gao Decl., Ex. 13 at 3. | |
| 4.  Section 4(a)(ii) of all of the contracts between Catherine Garcia and Pacific Surrogacy, LLC, between Kelly Vanderveer and Pacific Surrogacy, LLC, and between Kelly Vanderveer and Pacific Surrogacy USA, LLC states that the "Contractor has the sole right to control and direct the means, details, manner and method by which the Services will be performed, and the right to perform the Services at any time, place, or location." | Gao Decl., Ex. 10 at 3.<br><br>Gao Decl., Ex. 11 at 3.<br><br>Gao Decl., Ex. 12 at 4.<br><br>Gao Decl., Ex. 13 at 3. | 4.  The documents speak for themselves, however they do not establish that Ms. Garcia is/was an independent contractor, which is subject to a detailed legal analysis. |
| 5.  After PSUSA informed of the third parties of Bai's concerns about calling PSUSA "veteran owned," they promptly removed the challenged posts.  All of PSUSA's social media accounts have since been rebranded to "Prime Surro" or "Prime Surrogacy" and no longer use the name "Pacific Surrogacy." | Gao Decl. ¶ 8. | 5.  Undisputed |
| 6.  Yulun Jiang, the owner of Pacific Surrogacy, USA, LLC, is the owner of the federally | Reg. No. 5804128 (wordmark).<br><br>Reg. No. 5818675 | 6.  NO testimony has been given to this effect nor has there been a request for judicial notice, or in fact |

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

RESPONSE TO PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

| | | |
|---|---|---|
| registered "Pacific Surrogacy" wordmark and design mark. | (design mark). | any attempt to establish these facts. |

Respectfully submitted,

ARDENT LAW GROUP, PC

Date: October 9, 2019  /s/ Brian Stewart
Hubert H. Kuo
Brian Stewart
David Yu
Attorneys for Defendants,
PATRIOTIC CONCEPTIONS,
LLC and QUNYAO YU

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

RESPONSE TO PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that copies of the foregoing **DEFENDANTS' RESPONSE TO COUNTER-DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION TO DISMISS UNDER RULE 12(B)(6)** was served through ECF on October 9, 2019 upon all parties who have appeared.

*/s/ Hubert H. Kuo*
Hubert H. Kuo

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127