| | |
|---|---|
| 1 | MALCOLM S. MCNEIL (SBN 109601) |
|   | malcolm.mcneil@arentfox.com |
| 2 | ISMAEL BAUTISTA JR. (SBN 252139) |
|   | ismael.bautista@arentfox.com |
| 3 | STEFAN BOGDANOVICH (SBN 324525) |
|   | stefan.bogdanovich@arentfox.com |
| 4 | **ARENT FOX LLP** |
|   | 555 West Fifth Street, 48th Floor |
| 5 | Los Angeles, California 90013-1065 |
|   | Telephone: 213.629.7400 |
| 6 | Facsimile:  213.629.7401 |

Attorneys for Plaintiffs and Counter-Defendants
PACIFIC SURROGACY USA, INC. and YULUN JIANG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an Individual, | Case No.  8:19-cv-01456 DOC JDEx |
| | Judge:     David O. Carter |
| Plaintiffs, | |
| v. | **COUNTER-DEFENDANTS' EVIDENTIARY OBJECTIONS TO A DECLARATION SIGNED BY ELENA CHUTE [Dkt. 62-4]** |
| PATRIOT CONCEPTIONS, LLC, a California Limited Liability Company; HAOTIAN BAI, an Individual; QUNYAO YU, an Individual, DOES 1-25, | |
| Defendants. | |
| PATRIOT CONCEPTIONS, LLC, a California Limited Liability Company; HAOTIAN BAI, an individual; QUNYAO YU, an individual; DOES 1-25, | Date:       November 4, 2019 |
| | Time:       8:30 a.m. |
| | Courtroom: 9D |
| Counter-Claimants, | |
| v. | |
| PACIFIC SURROGACY USA, INC., a California Limited Liability Company; YULUN JIANG, an individual, | |
| Counter-Defendants. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

8:19-cv-01456 DOC JDEx

EVIDENTIARY OBJECTIONS TO A DECLARATION SIGNED BY ELENA CHUTE

AFDOCS/20840025.1

Counter Defendants' Pacific Surrogacy USA, LLC ("PSUSA") and Yulun Jiang hereby submit evidentiary objections to the declaration entitled "Declaration of Petra Geraci" but signed by Elena Chute, submitted by Counter-Claimant Haotian Bai in support of his Opposition to Counter-Defendants' Special Motion to Strike his Counter-Claims. The document is submitted as Dkt. 62-4.

The Counter-Defendants' objections and the Federal Rules of Evidence ("FRE") upon which the objections are based are set forth below. The Counter-Defendants respectfully request that the Court sustain each evidentiary objection set forth herein and strike the offending portions of the declaration as well as the offending exhibits thereto.

| CHUTE DECLARATION STATEMENT | CITATION | OBJECTIONS |
|---|---|---|
| " I was told by multiple employees who met with JIANG, including but not limited to Aracelli Lara, Jenna Bataglini, Joy Lu and Yutong "Crystal" Jiang that Haotian Bai had been fired for stealing from the company and having an affair with an employee, and that was why the company was shutting down." | Chute Decl. ¶ 3 | The statements made by Aracely Lara, Jenna Bataglini, Joy Lu, and Yutong Jiang to Elena Chute are all inadmissible out of court statements asserted to prove the truth of the matter – that Jiang told these individuals that Haotian Bai was "fired." This is inadmissible hearsay (FRE 801 and 802).<br><br>Chute fails to establish first-hand personal knowledge regarding these statements, and they are all derived from second hand sources (FRE 602).<br><br>Sustained: ___<br><br>Overruled: ___ |
| "It was common knowledge among the employees and the surrogates and recruiters that Jiang and his attorney Kevin Liu were telling everyone in | Chute Decl. ¶ 3 | Lacks foundation (FRE 602). Chute fails to establish first-hand personal knowledge regarding how she knows the "common knowledge" of |

| | | |
|---|---|---|
| the industry that Bai was fired for stealing money and having an affair with another employee and that is why PS had to be shut down." | | these other unnamed and unspecified people.<br><br>Sustained: \_\_\_<br><br>Overruled: \_\_\_ |

Dated:     October 18, 2019        **ARENT FOX LLP**

By:     */s/Stefan Bogdanovich*
   MALCOLM S. MCNEIL
   ISMAEL BAUTISTA JR.
   STEFAN BOGDANOVICH
   Attorneys for Plaintiffs and Cross-Defendants
   PACIFIC SURROGACY USA, INC. AND YULUN JIANG