MALCOLM S. MCNEIL (SBN 109601)
malcolm.mcneil@arentfox.com
ISMAEL BAUTISTA JR. (SBN 252139)
ismael.bautista@arentfox.com
STEFAN BOGDANOVICH (SBN 324525)
stefan.bogdanovich@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: 213.629.7400
Facsimile:  213.629.7401

Attorneys for Plaintiffs and Counter-Defendants
PACIFIC SURROGACY USA, INC. and YULUN
JIANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT CONCEPTIONS, LLC, a California Limited Liability Company; HAOTIAN BAI, an Individual; QUNYAO YU, an Individual, DOES 1-25,<br><br>Defendants. | Case No.  8:19-cv-01456 DOC JDEx<br><br>**DECLARATION OF NICK CHANG IN SUPPORT OF PLAINTIFF YULUN JIANG'S REPLIES**<br><br>DATE:          November 4, 2019<br>TIME:          8:30 a.m.<br>COURTROOM:          9D |
| HAOTIAN BAI, an individual,<br><br>Counter-Claimant,<br><br>v.<br><br>PACIFIC SURROGACY USA, INC., a California Limited Liability Company; YULUN JIANG, an individual,<br><br>Counter-Defendants. | |

I, Nick Chang, hereby declare:

1.      I am an individual residing in the County of Orange, State of California.

2.      On or about March 2019, I was hired as an IT Administrator at **Pacific Surrogacy, LLC.** ("PS") and in charge of handling the Information Technology (IT), computer setups, and website design for PS.

3.      I reported directly to the two (2) owners of PS – Plaintiff **Yulun Jiang** ("Plaintiff" or "Jiang") and Defendant **Haotian Bai** ("Bai").

4.      My coworkers included **Qunyao "Stephanie" Yu** (Yu).

5.      Prior to June 2019, there was numerous rumors that Bai and Yu had an intimate relationship and it was common knowledge.

6.      On or about June 19, 2019, I was informed by Jiang that PS was dissolving after a partnership meeting between Jiang and Bai. The reasons for the dissolution was differences in how to manage the company between Jiang and Bai.

7.      On or about June 21, 2019, there was an all-employee meeting held where Jiang and **Kevin Liu** ("Liu") was present informing us that PS was dissolved and that all employees' final paychecks would be fully paid.

8.      Employees were informed that June 25, 2019 would be the last day of operation for PS.

9.      At no time did Jiang or Liu inform us that Bai was "fired" or "terminated."

10.     At no time did Jiang or Liu inform us that Bai was having an extramarital affair with Yu or another PS employee.

11.     Liu did mention that funds from PS bank accounts were withdrawn by Bai without Jiang's consent and that this may constitute an illegal act, and that Jiang will pursue legal remedies on behalf of PS because of it.

12.     Bai was very open about his family, which includes his wife and two sons.

1       13.    However, Bai's extramarital affair with Yu was also common

2    knowledge among the PS employees.

3

4       I declare under penalty of perjury under the laws of the United States of

5    America that the foregoing is true and correct.

6       Executed on October 17, 2019.

7

8

9                        Nick Chang

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28