MALCOLM S. MCNEIL (SBN 109601)
malcolm.mcneil@arentfox.com
ISMAEL BAUTISTA JR. (SBN 252139)
ismael.bautista@arentfox.com
STEFAN BOGDANOVICH (SBN 324525)
stefan.bogdanovich@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: 213.629.7400
Facsimile:  213.629.7401

Attorneys for Plaintiffs and Counter-Defendants
PACIFIC SURROGACY USA, INC. and YULUN
JIANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT CONCEPTIONS, LLC, a California Limited Liability Company; HAOTIAN BAI, an Individual; QUNYAO YU, an Individual, DOES 1-25,<br><br>Defendants.<br><br>HAOTIAN BAI, an individual,<br><br>Counter-Claimant,<br><br>v.<br><br>PACIFIC SURROGACY USA, INC., a California Limited Liability Company; YULUN JIANG, an individual,<br><br>Counter-Defendants. | Case No.  8:19-cv-01456 DOC JDEx<br><br>**DECLARATION OF YULUN JIANG IN SUPPORT OF PLAINTIFF YULUN JIANG'S REPLIES**<br><br>DATE:          November 4, 2019<br>TIME:          8:30 a.m.<br>COURTROOM:   9D |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

8:19-cv-01456 DOC JDEx

AFDOCS/20966700.2

DECLARATION OF YULUN JIANG IN SUPPORT OF PLAINTIFF YULUN JIANG'S REPLIES

I, Yulun "Allan" Jiang, hereby declare:

1.      I had developed irreconcilable business differences with my former business partner Defendant **Haotian Bai** ("Bai"). As a result of these differences, I asked Bai that we part ways and dissolve the **Pacific Surrogacy, LLC** ("PS"). He agreed and we signed dissolution paperwork.

2.      On or around June 18, 2019, I informed **Kevin Liu** ("Liu") that we had executed dissolution paperwork, and I asked him to help inform the PS employees about their dates of termination and explain the dissolution to the employees.

3.      On or about June 20, 2019, I also informed Liu that Bai withdrew funds from the PS corporate bank account, and that I would not have the ability to pay employee wages and company expense.

4.      As a result of this, I called an all-office meeting with all PS employees, and Liu informed the employees that PS was dissolving after Bai and I elected do so. The meeting took place on June 21, 2019. He also remarked that all final paychecks would be issued, and that Bai removed company funds from PS.

5.      At no time did I inform anyone that Bai was "fired" or "terminated."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 17, 2019.

Yulun Jiang