MALCOLM S. MCNEIL (SBN 109601)
malcolm.mcneil@arentfox.com
ISMAEL BAUTISTA JR. (SBN 252139)
ismael.bautista@arentfox.com
STEFAN BOGDANOVICH (SBN 324525)
stefan.bogdanovich@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: 213.629.7400
Facsimile:  213.629.7401

Attorneys for Plaintiffs and Counter-Defendants
PACIFIC SURROGACY USA, INC. and YULUN JIANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT CONCEPTIONS, LLC, a California Limited Liability Company; HAOTIAN BAI, an Individual; QUNYAO YU, an Individual, DOES 1-25,<br><br>Defendants. | Case No.  8:19-cv-01456 DOC JDEx<br><br>**DECLARATION OF ARACELY LARA IN SUPPORT OF PLAINTIFF YULUN JIANG'S REPLIES**<br><br>DATE:           November 4, 2019<br>TIME:           8:30 a.m.<br>COURTROOM:  9D |
| HAOTIAN BAI, an individual,<br><br>Counter-Claimant,<br><br>v.<br><br>PACIFIC SURROGACY USA, INC., a California Limited Liability Company; YULUN JIANG, an individual,<br><br>Counter-Defendants. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

8:19-cv-01456 DOC JDEx

DECLARATION IN SUPPORT OF REPLIES

AFDOCS/20966700.2

I, ARACELY LARA, hereby declare:

1. I am an individual residing in the County of San Diego, State of California.

2. On or about March 2019, I was hired as a Recruiter Manager at **Pacific Surrogacy, LLC.** ("PS") and in charge of the recruitment and development of surrogates for surrogacy matching.

3. I reported directly to the two (2) owners of PS – Plaintiff **YULUN JIANG** ("Plaintiff" or "JIANG") and Defendant **HAOTIAN BAI** ("BAI").

4. On or about June 16, 2019, I was contacted by JIANG who visited me in San Diego, California and told me that he will be having a meeting with BAI to dissolve PS.

5. JIANG gave me his reasons for dissolving PS, specifically that he and BAI had differences that could not be reconciled and that JIANG learned that BAI was having an extramarital affair with a PS employee that may adversely affect the company.

6. Present at the meeting with JIANG was **KEVIN LIU** ("LIU") and **SIDA "KENNY" LI** ("LI").

7. JIANG made this trip as I typically worked remotely in San Diego, California and would only periodically go into the PS office.

8. I was informed that June 25, 2019 would most likely be the last day of operation for PS, but there would be additional work needed from me in regards to the current surrogate matches and current surrogate pool, and that I would take on such work on a contractual basis until PS dissolves.

9. I did not attend the June 21, 2019 all-employee meeting that was held by JIANG for PS, informing the company that BAI and JIANG had dissolved PS.

10. At no time did JIANG or LIU inform me that BAI was "fired" or "terminated."

I declare under penalty of perjury under the laws of the United States of

1 America that the foregoing is true and correct.

2 Executed on October 17, 2019.

*[signature]*

ARACELY LARA

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

8:19-cv-01456 DOC JDEx

- 3 -

DECLARATION IN SUPPORT OF REPLIES

AFDOCS/20966700.2