MALCOLM S. MCNEIL (SBN 109601)
malcolm.mcneil@arentfox.com
ISMAEL BAUTISTA JR. (SBN 252139)
ismael.bautista@arentfox.com
STEFAN BOGDANOVICH (SBN 324525)
stefan.bogdanovich@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Plaintiffs and Counter-Defendants
PACIFIC SURROGACY USA, INC. and YULUN JIANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an Individual,

Plaintiffs,

v.

PATRIOT CONCEPTIONS, LLC, a California Limited Liability Company; HAOTIAN BAI, an Individual; QUNYAO YU, an Individual, DOES 1-25,

Defendants.

HAOTIAN BAI, an individual,

Counter-Claimant,

v.

PACIFIC SURROGACY USA, INC., a California Limited Liability Company; YULUN JIANG, an individual,

Counter-Defendants.

Case No. 8:19-cv-01456 DOC JDEx

**DECLARATION OF SIDA LI IN SUPPORT OF PLAINTIFF YULUN JIANG'S REPLIES**

DATE: November 4, 2019
TIME: 8:30 a.m.
COURTROOM: 9D

I, Sida Li, hereby declare:

1. I am an individual residing in the County of Orange, State of California.

2. At all relevant times discussed below, I worked at **Pacific Surrogacy, LLC.** ("PS"), and have personal knowledge of the matters detailed below. I was hired by PS as a part-time marketing analyst intern around August 2018.

3. I reported directly to the two (2) owners of PS – Plaintiff **Yulun Jiang** ("Plaintiff" or "Jiang") and Defendant **Haotian Bai** ("Bai").

4. My coworkers included **Qunyao "Stephanie" Yu** (Yu).

5. Prior to June 2019, there was numerous rumors that Bai and Yu had an intimate relationship and it was common knowledge.

6. On June 16, 2019, I met with Aracely Lara in San Diego, California, along with Jiang and **Kevin Liu** ("Liu"). At the meeting, Jiang conveyed his reasons for dissolving PS, which consisted of his discovery of Bai's extramarital affair with a PS employee and the business and legal ramifications of such conduct.

7. On or about June 21, 2019, there was an all-employee meeting held where Jiang and Liu were present informing us that PS was dissolved and that all employees' final paychecks would be fully paid.

8. Employees were informed that June 25, 2019 would be the last day of operation for PS.

9. At no time did Jiang or Liu inform us that Bai was "fired" or "terminated."

10. At no time did Jiang or Liu inform us that Bai was having an extramarital affair with Yu or another PS employee.

11. Liu did mention that funds from PS bank accounts were withdrawn by Bai without Jiang's consent and that this may constitute an illegal act, and that Jiang will pursue legal remedies on behalf of PS because of it.

12. Bai was very open about his family, which includes his wife and two

sons.

13. However, Bai's extramarital affair with Yu was also common knowledge among the PS employees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 18, 2019.

Sida Li