MALCOLM S. MCNEIL (SBN 109601)
malcolm.mcneil@arentfox.com
ISMAEL BAUTISTA JR. (SBN 252139)
ismael.bautista@arentfox.com
STEFAN BOGDANOVICH (SBN 324525)
stefan.bogdanovich@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: 213.629.7400
Facsimile:  213.629.7401

Attorneys for Plaintiffs and Counter-Defendants
PACIFIC SURROGACY USA, INC. and YULUN JIANG

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT CONCEPTIONS, LLC, a California Limited Liability Company; HAOTIAN BAI, an Individual; QUNYAO YU, an Individual, DOES 1-25,<br><br>Defendants. | Case No.  8:19-cv-01456 DOC JDEx<br><br>**DECLARATION OF KEVIN LIU IN SUPPORT OF PLAINTIFF YULUN JIANG'S REPLIES**<br><br>DATE:   November 4, 2019<br>TIME:   8:30 a.m.<br>COURTROOM: 9D |
| HAOTIAN BAI, an individual,<br><br>Counter-Claimant,<br><br>v.<br><br>PACIFIC SURROGACY USA, INC., a California Limited Liability Company; YULUN JIANG, an individual,<br><br>Counter-Defendants. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

8:19-cv-01456 DOC JDEx

DECLARATION IN SUPPORT OF REPLIES

AFDOCS/20966700.2

I, KEVIN LIU, hereby declare:

1.    I am an individual residing in the County of Los Angeles, State of California.

2.    From <u>January 2019</u> through <u>June 2019</u>, my firm would perform certain legal work for **Pacific Surrogacy, LLC.** ("PS").

3.    On or around the middle of <u>June 2019</u>, I was informed by Plaintiff **Yulun Jiang** ("Plaintiff" or "Jiang") that the company PS was going to wind up and close as a result of business differences between Jiang and his business partner Defendant **Haotian Bai** ("Bai").

4.    On or around <u>June 18, 2019</u>, I was informed by Jiang that he and Bai had executed dissolution paperwork as to PS.

5.    Jiang then asked that I help inform the PS employees that the business was winding up and dissolving, and inform employees that the dates of termination for them.

6.    On or about <u>June 20, 2019</u>, Jiang informed me that Bai had withdrew funds from PS corporate bank account, and Jiang would not have the ability to pay employee wages and company expenses.

7.    Jiang therefore called an office meeting with all PS employees, and I informed the PS employees present that PS was dissolving after Jiang and Bai had elected to do so, and that all final paychecks would be issued.

8.    I did remark that Bai had removed company funds from PS as it was information/news that was learned that same day.

9.    At no time did I inform anyone that Bai was "fired" or informed anyone that Bai was having an affair with former PS employee **Qunyao Yu** ("Yu").

1          I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3          Executed on October 17, 2019.

4                                                      _____

5

6                                                      KEVIN LIU

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28