Hubert H. Kuo (SBN 204036)
Brian P. Stewart (SBN 147718)
David Yu (SBN 276471)
ARDENT LAW GROUP, P.C.
4340 Von Karman Ave., Ste. 290
Newport Beach, CA 92660
Telephone:  (949) 299-0188
Facsimile:   (949) 299-0127

Attorneys for Defendants, PATRIOTIC CONCEPTIONS, LLC and QUNYAO YU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| PACIFIC SURROGACY USA, LLC, a California Limited Liability Company; YULUN JIANG, an individual;<br><br>Plaintiffs,<br><br>V.<br><br>PATRIOT CONCEPTIONS, LLC, a California Limited Liability Company; HAOTIAN BAI, an individual; QUNYAO YU, an individual; DOES 1-25,<br><br>Defendants. | Case No. 8:19-cv-01456-DOC-JDEx<br>Assigned to Hon. Judge David O. Carter<br>Courtroom: 9D<br><br>**ORDER GRANTING**<br><br>**JOINT STIPULATION TO DISMISS F.R.C.P. RULE 41 (a) (1) (A) (ii)** |

///
///
///
///

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone  (949) 299-0188
Facsimile  (949) 299-0127

1
ORDER GRANTING JOINT STIPULATION TO DISMISS
F.R.C.P. RULE 41 (a) (1) (A) (ii)

Defendant/Counter Claimant, HAOTIAN BAI, Defendants PATRIOT CONCEPTIONS, LLC, and QUNYAO YU and Plaintiff's/Counter-Defendant's, PACIFIC SURROGACY USA, LLC and YUNLUN JIANG stipulate to the following:

1. The parties participated in Court Ordered Mediation on February 25, 2020 before Roger W. Clark who was assigned by the ADR Program as the Panel Mediator in this matter. The Mediation was successful in that the parties have agreed to dismiss this matter, without prejudice and to consolidate the claims made herein with claims currently pending between the parties in Orange County Superior Court Case Number 30-2019-01078573-CU-BT-CJC (hereinafter referred to as the "State Court Matter").

2. On March 12, 2020 the parties participated in a Case Management Conference in the State Court Matter before the Honorable Melissa R. McCormick in Department C13 of the Orange County Superior Court. Counsel jointly informed Judge McCormick of our intention to consolidate all claims in the State Court Matter and she agreed to facilitate the consolidation be signing stipulations to be presented by counsel to amend the pleadings and for the Bai Defendants to consent to Judge McCormick's jurisdiction to enforce a preliminary injunction in the same form or substantially the same form as the preliminary injunction entered herein.

///
///
///
///
///
///
///

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone (949) 299-0188
Facsimile (949) 299-0127

2
ORDER GRANTING JOINT STIPULATION TO DISMISS
F.R.C.P. RULE 41 (a) (1) (A) (ii)

**THE PARTIES HEREBY STIPULATE**, pursuant to Federal Rule of Civil Procedure, Rule 41 (a) (1) (A) (ii) to dismiss the complaint filed by the Plaintiff herein, without prejudice and to dismiss the Counter-Claims asserted by HAOTIAN BAI, without prejudice.

It so Stipulated.

Respectfully submitted,

ARDENT LAW GROUP, PC

Date: June 2, 2020

/s/ *Brian P. Stewart*
Hubert H. Kuo
Brian P. Stewart
Attorneys for Defendants PATRIOTIC CONCEPTIONS, LLC and QUNYAO YU

GORDINIER, KANG & KIM, LLP

Date: June 2, 2020

/s/ Edward Kim
Edward S. Kim
Attorneys for Plaintiffs PACIFIC SURROGACY USA, LLC AND YULUN JIANG

IT IS SO ORDERED

Date:  June 3, 2020

*[signature: David O. Carter]*
Hon. David O. Carter

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone  (949) 299-0188
Facsimile  (949) 299-0127

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that copies of the foregoing JOINT STIPULATION TO DISMISS F.R.C.P. RULE 41 (a) (1) (A) (ii) was served through ECF on June 3, 2020 upon all parties who have appeared.

*/s/ Brian P. Stewart*
Brian P. Stewart

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone (949) 299-0188
Facsimile (949) 299-0127

1